IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR., | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1538-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| UNITED PARCEL SERVICE, INC. and MARK BARD, | : : : | |
| Defendants. | : : | |

## NOTICE OF RECORDS DEPOSITION DUCES TECUM

TO:   Richard R. Wier, Jr., P. A.
1220 Market Street, Suite 600
Wilmington, DE 19801

Michael T. Van Der Veen, Esq.
Kats, Jamison, Van Der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053

Jayne Risk, Esq.
Piper Rudnick LLP
1650 Market Street
Suite #4900
Philadelphia, PA  19103

**PLEASE TAKE NOTICE** that the records deposition of the below-referenced will be taken at the law offices of Rawle & Henderson, LLP, 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801 on March 23, 2005 at 10:00 a.m.

Medical Examiner of the State of Delaware
Attn:  OCME
200 S. Adams Street
Wilmington, DE 19801

<u>DUCES</u> <u>TECUM:</u>  Please bring a complete copy of any and all records you have specifically to include, but not limited to, any and all reports, findings, correspondence, photographs, and the like, but not limited to, the autopsy of John S. Vascek, Jr., (DOB: ▮▮▮▮▮ ; SS# ▮▮▮▮▮ .
**Note: Personal appearance is waived if the requested information is received in this office prior to the date of the Deposition.**

**RAWLE & HENDERSON LLP**

*/s/ William J. Cattie, III*

William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
302-778-1200
Attorney for Defendants, United Parcel Service, Inc. and Mark Bard.

**CERTIFICATE OF SERVICE**

I, William J. Cattie, III, Esq. do hereby certify that on March 3, 2005, I have caused to be sent via U. S. Mail and/or Hand Delivery two copies of the **NOTICE OF RECORDS DEPOSITION** to the following individual(s):

Richard R. Wier, Jr., P. A.
1220 Market Street, Suite 600
Wilmington, DE 19801

Michael T. Van Der Veen, Esq.
Kats, Jamison, Van Der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053

Jayne Risk, Esq.
Piper Rudnick LLP
1650 Market Street
Suite #4900
Philadelphia, PA  19103

**RAWLE & HENDERSON LLP**

_____
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants, United Parcel Service, Inc. and Mark Bard.