IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as administratrix of THE ESTATE OF JOHN VASCEK, JR., <br><br>　　　　　　　Plaintiffs, <br><br>　　v. <br><br>UNITED PARCEL SERVICES, INC., a Delaware corporation, and MARK BARD, <br><br>　　　　　　　Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> Civil Action No. 04-1538-SLR <br> : <br> : <br> : <br> : <br> : |

## ORDER

At Wilmington this **26th** day of **April, 2005**.

IT IS ORDERED that the teleconference has been rescheduled for **Tuesday, June 7, 2005 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the scheduling of, the procedures involved and the types of alternative dispute resolutions available, including mediation conferences. **Plaintiffs' counsel shall initiate the teleconference call**.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

　　　　　　　　　　　　　　　　　　/s/ Mary Pat Thynge
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE