IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR.,** | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1538-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| **UNITED PARCEL SERVICE, INC. and MARK BARD,** | : : : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on April 27, 2005, I have caused to be sent via U. S. Mail two copies of the **RESPONSES OF DEFENDANT, UPS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES; RESPONSES OF DEFENDANT, MARK BARD, TO PLAINTIFF'S FIRST SET OF INTERROGATORIES; and RESPONSES OF DEFENDANTS TO PLAINTIFF'S REQUEST FOR PRODUCTION, together with DOCUMENTS BATES #UPS-0001 through UPS-0470** to the following individual(s):

Richard R. Wier, Jr., P. A.
1220 Market Street, Suite 600
Wilmington, DE 19801

Michael T. van der Veen, Esq.
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053

1092536 v.1

                                        **RAWLE & HENDERSON LLP**

                                      /s/ William J. Cattie, III
                                      William J. Cattie, III, Esq.
                                      I. D. No. 953
                                      300 Delaware Avenue
                                      P. O. Box 588
                                      Wilmington, DE 19899-0588
                                      Tel: (302) 778-1200
                                      Fax: (302) 778-1400
                                      Attorney for Defendants

OF COUNSEL:
O. Daniel Ansa, Esquire
Jayne Anderson Risk, Esquire
DLA Piper Rudnick Gray Cary US LLP
1650 Market Street, 49th Floor
Philadelphia, PA 19103
Tel: (215) 656-3300
Fax: (215) 656-3301