IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br>       Plaintiffs, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br>       Defendants. | : <br> : <br> : <br> : <br> :    C.A. No. 04-1538 <br> : <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

I, William J. Cattie, Esquire do hereby certify that on June 2, 2005, I have caused to be sent via U.S. Mail, First Class, a copy of the foregoing **Defendant United Parcel Service, Inc.'s Motion for Protective Order** to the following individuals:

        Richard R. Wier, Jr., P.A.
        1220 Market Street, Suite 600
        Wilmington, DE 19801

        Michael T. van der Veen, Esquire
        Kats, Jamison, van der Veen & Associates
        25 Bustleton Pike
        Feasterville, PA 19053

        **RAWLE & HENDERSON LLP**

        _____/s/ William J. Cattie, III_____
        William J. Cattie, III, Esquire (#953)
        Attorneys for Defendants
        300 Delaware Avenue - Suite 1015
        Wilmington, DE 19899
        Telephone:    (302) 778-1200