IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br>       Plaintiffs, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br>       Defendants. | : <br> : <br> : <br> : <br> :    C.A. No. 04-1538 <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this _____ day of June, 2005, upon consideration of defendant United Parcel Service, Inc.'s Motion for Protective Order, and any response thereto, it is hereby **ORDERED** that said Motion is **GRANTED**.

Plaintiff has ten (10) days from the date of this Order to conduct an inspection of the UPS package van. UPS shall, for the duration of those ten days, continue to preserve the package van in its post-accident condition and shall make the van available for Plaintiff to perform an inspection. Thereafter UPS will be released from its obligation to preserve the package van in a post-accident condition. Plaintiff's failure to perform an inspection of the UPS package van within ten days of the date of this Order will result in plaintiff's forfeiture of any right to do so.

 

_____

J.