IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HEIDI VASCEK, individually and as :
administratrix of THE ESTATE OF :
JOHN VASCEK, JR., :
: 
      Plaintiffs, :
: 
      v. :   C.A. No.: 04-1538 SLR
: 
UNITED PARCEL SERVICES, INC., a :   JURY TRIAL DEMANDED
Delaware corporation, and MARK BARD, :
: 
      Defendants. :

## RE-NOTICE OF DEPOSITIONS

To:   William J. Cattie, III, Esq.
      Rawle & Henderson LLP
      300 Delaware Avenue, Suite 1015
      P.O. Box 588
      Wilmington, DE 19899

      Jayne A. Risk, Esq.
      DLA Piper Rudnick Gray Cary
      One Liberty Place
      1650 Market St., Suite 4900
      Philadelphia, PA 19103

PLEASE TAKE NOTICE that Plaintiffs will take the following depositions, at the time and date indicated, before a notary public or other person authorized to administer oaths. The deposition will take place at the Law Offices of Richard R. Wier, Jr., 1220 Market St., Suite 600, Wilmington, Delaware 19801 and will be recorded stenographically.

**WITNESS**
Corporal Jeffrey W. Weaver
John Sieffert

**DATE & TIME**
June 23, 2005  8 am
July 1, 2005    2pm

**RICHARD R. WIER, JR., P.A.**

  /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
DScialpi@Wierlaw.com

## CERTIFICATE OF SERVICE

I certify that on this 15th day of June 2005, I electronically filed the attached Re-Notice of Depositions with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Catie, Esq.
> Rawle & Henderson
> 300 Delaware Ave., Suite 1015
> Wilmington, DE 19899

and that I sent by first class mail a copy to the following:

> Jayne A. Risk, Esq.
> DLA Piper Rudnick Gray Cary
> One Liberty Place
> 1650 Market St., Suite 4900
> Philadelphia, PA 19103

**RICHARD R. WIER, JR., P.A.**

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
Dscialpi@Wierlaw.com