IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HEIDI VASCEK, individually and as** | : | |
| **Administratrix of THE ESTATE OF** | : | |
| **JOHN VASCEK, JR.,** | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-1538-SLR |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| **UNITED PARCEL SERVICE, INC. and** | : | |
| **MARK BARD,** | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on June 16, 2005, I have caused to be sent via U. S. Mail and/or Hand Delivery two copies of the **NOTICE OF ORAL DEPOSITION DUCES TECUM** to the following individual(s):

Richard R. Wier, Jr., P. A.  
1220 Market Street, Suite 600  
Wilmington, DE 19801

Michael T. van der Veen, Esq.  
Kats, Jamison, van der Veen & Associates  
25 Bustleton Pike  
Feasterville, PA 19053

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue
P. O. Box 588
Wilmington, DE 19899-0588
Attorney for Defendants