IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, Individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR.<br><br>v.<br><br>UNITED PARCEL SERVICES, INC., A Delaware Corporation and MARK BARD | :<br>:<br>:<br>:<br>:   No. 04-1538 SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR ADMISSION PRO HAC VICE

Counsel for Plaintiff moves, pursuant to Local Rule 83.5, for the admission pro hac vice of Anthony J. Bocchino, Esq., Professor of Law, Temple University School of Law, to represent the Plaintiff. Professor Bocchino's certification is attached to this motion.

**RICHARD R. WIER, JR., P.A.**

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
Dscialpi@Wierlaw.com

OF COUNSEL:
Michael T. van der Veen, Esq.
25 Bustleton Pike
Feasterville, PA 19053

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 20th day of June 2005, that I electronically filed the attached motion for admission pro hac vice with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following

William J. Catie, Esq.
Rawle & Henderson
300 Delaware Ave., Suite 1015
Wilmington, DE 19899

**RICHARD R. WIER, JR., P.A.**

　　/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
Dscialpi@Wierlaw.com