## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HEIDI VASCEK, Individually and    :
as Administratrix of THE ESTATE    :
OF JOHN VASCEK, JR.    :    No. 04-1538 SLR
    :
    :
    v.    :
    :
    :
UNITED PARCEL SERVICES, INC.,    :
A Delaware Corporation    :
    and    :
MARK BARD    :

### RULE 7.1.1 DISCLOSURE

Counsel for Plaintiff, pursuant to Local Rule 7.1.1, states that the opposing attorney in this case does not oppose the attached motion for admission <u>pro hac vice</u> of Anthony Bocchino, Esquire.

**RICHARD R. WIER, JR., P.A.**

  /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222