IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HEIDI VASCEK, Individually and
as Administratrix of THE ESTATE
OF JOHN VASCEK, JR.

No. 04-1538 SLR

v.

UNITED PARCEL SERVICES, INC.,
A Delaware Corporation
  and
MARK BARD

### ORDER

Upon presentation of Plaintiff's motion for admission pro hac vice,

IT IS ORDERED this _____ day of _____, 2005:

1. The motion is GRANTED;

2. Anthony J. Bocchino, Esquire is admitted to practice before this Court in the above litigation.

_____
The Honorable Sue L. Robinson