IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br>           Plaintiffs, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br>           Defendants. | : <br> : <br> : <br> : <br> : C.A. No. 04-1538 <br> : <br> : <br> : <br> : <br> : |

### CERTIFICATION OF ANTHONY J. BOCCHINO, ESQUIRE

Now comes Anthony J. Bocchino, Esquire, under oath, and pursuant to Local Rule 83.5, who certifies that he is eligible for admission to this Court, admitted, practicing and in good standing as a member of the Bar of Pennsylvania, and submits himself, pursuant to Local Rule 83.6, to the disciplinary jurisdiction of this Court for any alleged misconduct that could occur in the preparation or course of this action. Mr. Bocchino also certifies that he is generally familiar with this Court's Local Rules, and that he is not a resident in Delaware, regularly employed in Delaware, or regularly engaged in business, professional, or other similar activities in Delaware.

_____
Anthony J. Bocchino

SWORN TO AND SUBSCRIBED before this 8th day of June 2005.

_____

NOTARIAL SEAL
Jennifer Torres, Notary Public
Philadelphia, Philadelphia County
My commission expires March 26, 2008