WILLIAM J. CATTIE, III
302-778-1200
wcattie@rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

June 20, 2005

**HAND DELIVERED**
The Honorable Mary Pat Thynge
United States District Court
844 N. King Street, Room 6100
Lockbox 8
Wilmington, DE 19801

  Re: Heidi Vascek, Ind. And as Administratrix of the Estate of John
    Vascek, Jr. v. United Parcel Services, Inc. and Mark Bard
    C. A. No. 04-1538- SLR
    Our File No. 300611

Dear Judge Thynge:

  I represent UPS, defendant in the above-referenced matter.  On June 2, 2005 UPS filed a Motion for Protective Order for your consideration.  Since that date, the parties have reached what appears to be a mutually agreement resolution to this matter and as such, UPS would like to withdraw its Motion for Protective Order without prejudice to refile at a future time, if the purpose and spirit of the Motion and agreement are not resolved.  I thank you for your time and consideration to this matter.

        Respectfully submitted,

        By: _/s/ William J. Cattie, III_
          William J. Cattie, III

WJC/kdc
cc: Clerk of the Court
   Jane A. Risk, Esq.
   Richard R. Wier, Jr., Esq.
   Michael van der Veen, Esq.

1142203 v.1