WILLIAM J. CATTIE, III
302-778-1200
wcattie@rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

June 21, 2005

**HAND DELIVERED**
Chief Judge Sue L. Robinson
United States District Court
844 N. King Street, Room 6100
Lockbox 31
Wilmington, DE 19801

      Re:    Heidi Vascek, Ind. And as Administratrix of the Estate of John
                Vascek, Jr. v. United Parcel Services, Inc. and Mark Bard
                C. A. No. 04-1538- SLR
                Our File No. 300611

Dear Judge Robinson:

      I represent UPS, defendant in the above-referenced matter. On June 2, 2005 UPS filed a Motion for Protective Order for your consideration. I erroneously believed that the discovery dispute had been assigned to Magistrate Thynge, and earlier today wrote to her concerning this matter. The parties have reached what appears to be a mutually agreement resolution to this matter and as such, UPS would like to withdraw its Motion for Protective Order without prejudice to refile at a future time, if the purpose and spirit of the Motion and agreement are not resolved. I thank you for your time and consideration to this matter.

                                            Respectfully submitted,

                                            By:    William J. Cattie, III

WJC/lk
cc:    Clerk of the Court
       Jane A. Risk, Esq.
       Richard R. Wier, Jr., Esq.
       Michael van der Veen, Esq.

1163949 v.1