IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR.,** | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1538-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| **UNITED PARCEL SERVICE, INC. and MARK BARD,** | : : : | |
| Defendants. | : : | |

## NOTICE OF RECORDS DEPOSITION DUCES TECUM

TO: Richard R. Wier, Jr., P. A.
1220 Market Street, Suite 600
Wilmington, DE 19801

Jayne Risk, Esq.
Piper Rudnick LLP
1650 Market Street
Suite #4900
Philadelphia, PA  19103

Michael T. van der Veen, Esquire
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA  19053

**PLEASE TAKE NOTICE** that the records deposition of the below-referenced will be taken at DLA Piper Rudnick Gray Cary US LLP, 1650 Market Street Suite 4900, Philadelphia, PA  19103 on July 1, 2005 at 10:00 a.m.

Custodian of Records
Delaware Health and Social Services
Office of Chief Medical Examiner
200 S. Adams Street
Wilmington, DE  19801

1163590 v.1

<u>DUCES</u> <u>TECUM</u>:    Please bring a complete copy of any and all records you have relating to John S. Vascek, Jr., DOB: 9/14/68, including but not limited to, application, disciplinary records, pay records, insurance records, and the like.  **Note: Personal appearance is waived if the requested information is received in this office prior to the date of the Deposition.**

**RAWLE & HENDERSON LLP**

_____
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
302-778-1200
Attorney for Defendants, United Parcel Service, Inc. and Mark Bard.

1163590 v.1

**CERTIFICATE OF SERVICE**

I, William J. Cattie, III, Esq. do hereby certify that on June 20, 2005, I have caused to be sent via U. S. Mail and/or Hand Delivery two copies of the **NOTICE OF RECORDS DEPOSITION** to the following individual(s):

Richard R. Wier, Jr., P. A.
1220 Market Street, Suite 600
Wilmington, DE 19801

Jayne Risk, Esq.
Piper Rudnick LLP
1650 Market Street
Suite #4900
Philadelphia, PA 19103

Michael T. van der Veen, Esquire
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053

                      **RAWLE & HENDERSON LLP**

                      _____
                      William J. Cattie, III, Esq.
                      I. D. No. 953
                      300 Delaware Avenue
                      P. O. Box 588
                      Wilmington, DE 19899-0588
                      (302) 778-1200
                      Attorney for Defendants, United Parcel Service, Inc. and Mark Bard.

1163590 v.1