IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR.,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED PARCEL SERVICE, INC. and MARK BARD,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:  C.A. No. 04-1538-SLR<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF RECORDS DEPOSITION DUCES TECUM

TO: Richard R. Wier, Jr., P. A.
   1220 Market Street, Suite 600
   Wilmington, DE 19801

   Jayne Risk, Esq.
   Piper Rudnick LLP
   1650 Market Street
   Suite #4900
   Philadelphia, PA  19103

   Michael T. van der Veen, Esquire
   Kats, Jamison, van der Veen & Associates
   25 Bustleton Pike
   Feasterville, PA  19053

   **PLEASE TAKE NOTICE** that the records deposition of the below-referenced will be taken at DLA Piper Rudnick Gray Cary US LLP, 1650 Market Street, Suite 4900, Philadelphia, PA  19103 on July 1, 2005 at 10:00 a.m.

   Custodian of Records
   USAA Casualty Insurance Company
   399 E. 30th Street
   Patterson, NJ   07504

1164641 v.1

DUCES TECUM:     Please bring a complete copy of any and all records you have relating to John S. Vascek, Jr., DOB: 9/14/68, including but not limited to, application, disciplinary records, pay records, insurance records, and the like.  **Note: Personal appearance is waived if the requested information is received in this office prior to the date of the Deposition.**

                                    **RAWLE & HENDERSON LLP**

                                    William J. Cattie, III, Esq.
                                    I. D. No. 953
                                    300 Delaware Avenue, Suite 1015
                                    P. O. Box 588
                                    Wilmington, DE 19899-0588
                                    302-778-1200
                                    Attorney for Defendants, United Parcel Service, Inc. and Mark Bard.

1164641 v.1

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on June 21, 2005, I have caused to be sent via U. S. Mail and/or Hand Delivery two copies of the **NOTICE OF RECORDS DEPOSITION** to the following individual(s):

Richard R. Wier, Jr., P. A.
1220 Market Street, Suite 600
Wilmington, DE 19801

Jayne Risk, Esq.
Piper Rudnick LLP
1650 Market Street
Suite #4900
Philadelphia, PA  19103

Michael T. van der Veen, Esquire
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA   19053

**RAWLE & HENDERSON LLP**

_____
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue
P. O. Box 588
Wilmington, DE 19899-0588
(302) 778-1200
Attorney for Defendants, United Parcel Service, Inc. and Mark Bard.

1164641 v.1