IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HEIDI VASCEK, individually and as : 
administratrix of THE ESTATE OF : 
JOHN VASCEK, JR., : 
                                   : 
    Plaintiffs, : 
                                   : 
v. :   C.A. No.: 04-1538 SLR
                                   : 
UNITED PARCEL SERVICES, INC., a :   JURY TRIAL DEMANDED
Delaware corporation, and MARK BARD, : 
                                   : 
    Defendants. : 

**NOTICE OF CONTINUATION OF DEPOSITION**

To:    William J. Cattie, III, Esq.
         Rawle & Henderson LLP
         300 Delaware Avenue, Suite 1015
         P.O. Box 588
         Wilmington, DE 19899

         Jayne A. Risk, Esq.
         DLA Piper Rudnick Gray Cary
         One Liberty Place
         1650 Market St., Suite 4900
         Philadelphia, PA 19103

      PLEASE TAKE NOTICE that Plaintiffs will reconvene the deposition of Corporal Jeffrey Weaver on July 13, 2005, beginning at 10 a.m., before a notary public or other person authorized to administer oaths. The deposition will take place at the Law Offices of Richard R. Wier, Jr., 1220 Market St., Suite 600, Wilmington, Delaware 19801 and will be recorded stenographically.

**RICHARD R. WIER, JR., P.A.**

 /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
DScialpi@Wierlaw.com

## CERTIFICATE OF SERVICE

I certify that on this 29th day of June 2005, I electronically filed the attached Notice of Continuation of Continuation with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

William J. Catie, Esq.
Rawle & Henderson
300 Delaware Ave., Suite 1015
Wilmington, DE 19899

and that I sent by first class mail a copy to the following:

Jayne A. Risk, Esq.
DLA Piper Rudnick Gray Cary
One Liberty Place
1650 Market St., Suite 4900
Philadelphia, PA 19103

**RICHARD R. WIER, JR., P.A.**

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
Dscialpi@Wierlaw.com