IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br>           Plaintiffs, <br><br> vs. <br><br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br>           Defendants. | : <br> : <br> : <br> : <br> : <br> C.A. No. 04-1538 SLR <br> : <br> : <br> : <br> : <br> : <br> : |

## JOINT MOTION TO EXTEND SCHEDULING DEADLINES

1. This case involves catastrophic injuries to the Plaintiff's decedent stemming from a motorcycle vs. UPS van collision on October 26, 2004 in Greenville, Delaware.

2. On February 25, 2005 the Court issued a Scheduling Order setting forth the following deadlines:

> Discovery cutoff: 8/5/05;
> Expert reports due: 8/19/05;
> Rebuttal expert reports due: 9/2/05;
> All Daubert motions due by: 9/30/05

3. There has been no trial date set.

4. To date, written discovery has been exchanged with anticipation of Motions to Compel and Supplemental Interrogatories.

5. To date, depositions have been conducted and the scheduling of same has been ongoing.

6. However, the police report was not published and available to the parties until six months post-accident.

7. Contained in the police report are the names and identities of numerous, critical fact witnesses who have not been deposed.

8. Due to witnesses on vacation and the delay of the publication of the police report, counsel for both parties do not anticipate that discovery can be completed before August 5, 2005.

9. Accordingly, the parties are jointly requesting that all scheduling deadlines be extended by sixty (60) days.

A Proposed Order is attached for the Court's convenience.

|  |  |
|---|---|
|  | KATS, JAMISON, van der VEEN & ASSOCIATES |
| Dated: | BY: _____ |
|  | Michael T. van der Veen |
|  | 25 Bustleton Pike |
|  | Feasterville, PA 19053 |
|  | Counsel for Plaintiff |
|  | RICHARD R. WIER, JR., P.A. |
| Dated: | BY: _____ |
|  | Richard R. Wier, Jr., Esquire |
|  | 220 Market Street, Suite 600 |
|  | Wilmington, DE 19081 |
|  | Counsel for Plaintiff |
| Dated: | DLA PIPER RUDNICK CARY US LLP |
|  | BY: _____ |
|  | Jayne A. Risk, Esquire |
|  | One Liberty Place |
|  | 1650 Market Street, Suite 4900 |
|  | Philadelphia, PA 19103 |
|  | Counsel for Defendants |

Dated:                    Rawle & Henderson

                          By: _____

                          William J. Cattie, III, Esquire
                          300 Delaware Avenue, Suite 1015
                          PO Box 588
                          Wilmington, Delaware 19899-0588

## CERTIFICATE OF SERVICE

I certify that on this 14th day of July 2005, that I electronically filed the attached Joint motion to extend scheduling deadlines with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following

William J. Catie, Esq.
Rawle & Henderson
300 Delaware Ave., Suite 1015
Wilmington, DE 19899

**RICHARD R. WIER, JR., P.A.**

　/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
Dscialpi@Wierlaw.com