IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR.,  Plaintiffs, vs. UNITED PARCEL SERVICE, INC. and MARK BARD,  Defendants. | : : : : : : : : : : : : C.A. No. 04-1538 SLR |

## ORDER

AND NOW, this _____ day of ~~June~~ July, 2005, upon joint motion to extend discovery and expert report deadlines, IT IS HEREBY ORDERED that all scheduling deadlines are extended for sixty (60) days.

UNITED STATES DISTRICT JUDGE

_____