IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, Individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR. | : <br> : <br> : <br> :    No. 04-1538 SLR <br> : <br> v.                           : <br> : <br> UNITED PARCEL SERVICES, INC.,    : <br> A Delaware Corporation           : <br> and                          : <br> MARK BARD                 : |

## RULE 7.1.1 DISCLOSURE

Counsel for Plaintiff, pursuant to Local Rule 7.1.1, states that co-counsel, has made a good faith effort to resolve the specific discovery dispute at issue.

**RICHARD R. WIER, JR., P.A.**

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222