IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br> Plaintiffs, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br> Defendants. | : <br> : <br> : <br> : <br> : C.A. No. 04-1538 <br> : <br> : <br> : <br> : <br> : |

## ORDER

ON THE _____ DAY OF JULY, 2005, this matter coming to be heard on Plaintiff's Motion to Compel Defendant, Mark Bard's Answers to Plaintiff's Written Interrogatories, due notice having been given, all parties having responded, the Court having jurisdiction over the parties and subject matter, the Court having been fully advised in the premises:

**THE COURT HEREBY FINDS:** that the answers provided by Mr. Bard's attorney do not conform to Federal Rule of Civil Procedure 33, in that they were not the verbatim, verified answers of Mr. Bard himself, but were summaries or redrafts of answers by his attorney;

**THE COURT FURTHER FINDS:** that the redrafted answers of counsel to the following Interrogatories were not responsive or complete: 7(b), 8, 10, 11, 12, 13, 14(a), 15, 17(b), 18, 24(a-b), 25, 26, 31, 36, 37, 42, 44, 45 and 46;

**IT IS THEREFORE ORDERED:** Mr. Bard provide his own full and complete verified answers to Plaintiff's Interrogatories in accordance with the Court's above findings within 14 days or face appropriate sanctions upon application to the Court.

UNITED STATES DISTRICT JUDGE

Date: _____   _____