Exhibit C

LAW OFFICES
OF

# KATS, JAMISON, VAN DER VEEN & ASSOCIATES†

25 BUSTLETON PIKE
FEASTERVILLE, PA 19053

MARINA KATS+Δ
SETH J. JAMISON* (1961-1998)
MICHAEL T. VAN DER VEEN** Δ

OF COUNSEL:
MICHAEL N. DAVID***
+ Member PA, NJ, NY & Wash., D.C. Bars
' Member PA, NJ Bars
** Member PA, NJ & IL Bars
*** Member PA, NJ & NY Bars
Δ LL.M in Trial Advocacy

(215) 396-9001
FAX (215) 396-8388
(800) LAW-1917
E-mail: Marina@mkats.com
Website: http://www.mkats.com

NEW JERSEY OFFICE
1 Pennington-Washington
Crossing Road; Suite 12
Pennington, NJ 08534-3506
(856) 795-0999

NEW YORK OFFICE
110 Wall Street, 21st Floor
New York, NY 10005
(212) 496-5400

†LAW OFFICES OF
KATS & ASSOCIATES, P.C.

June 15, 2005

Jayne A. Risk, Esquire
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103

RE:    **Estate of John Vascek vs. United Parcel Service, et al**

Dear Ms. Risk:

I still have not received Mark Bard's verified responses to Plaintiff's First Set of Interrogatories. In our last conversation, when I told you that the answers must his own and verified by him, you denied this and said "Mike, we are in Federal court, not state court." In that regard, I direct your attention to Federal Rule of Civil Procedure 33(b)(2), which provides, inter alia,:

> The answers are to be signed by the person making them,
> and the objections signed by the attorney making them.

In our discussion, I made clear that pursuant to Federal Rule of Civil Procedure 33(b)(2), the discovery responses you sent me are inadequate and in violation of the Rules. To be clear, these Interrogatories are to be answered **by Mr. Bard himself**, not his attorney. I will not accept responses which were obviously prepared by the defendant driver's attorney, which are not in his words, and are absent his verification. If you and your client do not feel bound to comply with Rule 33, the appropriate motion will be filed.

Finally, when Mr. Bard does answer the interrogatories, please make sure that they are more complete and less evasive than your version of his answers.

Very truly yours,

Michael T. van der Veen

MTV/lc
cc:    Richard R. Weir, Jr., Esquire
       William Cattie, Esquire