Exhibit D

# KATS, JAMISON, VAN DER VEEN & ASSOCIATES†

25 BUSTLETON PIKE
FEASTERVILLE, PA 19053

MARINA KATS+Δ
SETH J. JAMISON* (1961-1998)
MICHAEL T. VAN DER VEEN** Δ

OF COUNSEL
MICHAEL N. DAVID***
  + Member PA, NJ, NY & Wash., D.C. Bars
  * Member PA, NJ Bars
 ** Member PA, NJ & IL Bars
*** Member PA, NJ & NY Bars
  Δ LL.M in Trial Advocacy

(215) 396-9001
FAX (215) 396-8388
(800) LAW-1917
E-mail: Marina@mkats.com
Website: http://www.mkats.com

NEW JERSEY OFFICE
1 Pennington-Washington
Crossing Road; Suite 12
Pennington, NJ 08534-3506
(856) 795-0999

NEW YORK OFFICE
110 Wall Street, 21st Floor
New York, NY 10005
(212) 406-5400

†LAW OFFICES OF
   KATS & ASSOCIATES, P.C.

June 18, 2005

Jayne A. Risk, Esquire
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103

**RE:** Estate of John Vascek vs. United Parcel Service, et al
U.S.D.C. Del.; No. 04-1538

Dear Ms. Risk:

In reviewing your responses summarizing the answers from Mark Bard to Plaintiff's First Set of Interrogatories, please provide complete answers to the following Interrogatories, **as requested**.

Interrogatory 7(b)

With respect to the scene of the accident, state:

(b)   Whether you had been there before the accident, indicating when and how often:

RESPONSE: Mark Bard had been to the area of the accident very often. The area of Twaddle Mill and Montchanin Roads is part of the delivery route that Mark Bard routinely drive prior to the accident in the course of his employment as a package car driver for UPS.

**Please quantify "very often".**

Interrogatory 10

Explain exactly where, in terms of feet with reference to specific landmarks where the accident happened.

Jayne A. Risk, Esquire
June 18, 2005
Page 2

RESPONSE: Generally at the T intersection of Montchanin and Twaddle Mill roads, approximately midway through the southbound lane of Montchanin Road. By way of further response, see Delaware Police Accident Report.

**Please state in terms of feet and with reference to specific landmarks**

Interrogatory 11

How many seconds elapsed between the time you first realized an accident might happen and the actual happening thereof?

RESPONSE: At impact.

**Please provide number of seconds**

Interrogatory 12

State the distance in feet between your vehicle and the motorcycle operated by Plaintiff at the time you first realized an accident might happen.

RESPONSE: At impact.

**Please state distance in feet**

Interrogatory 13

State, in narrative form, your version of the manner in which the accident occurred; and

(a) all remarks or discussions before, at the time of, and immediately after the accident in question.

RESPONSE: At approximately 4:00 p.m. on October 26, 2004, Mark Bard was operating a UPS package car in the eastbound direction on Twaddle Mill Road in Greenville, Delaware near the intersection of Twaddle Mill and Montchanin Roads. Mr. Bard came to a complete stop at the end of Twaddle Mill Road. Intending to make a left turn into the northbound direction of Montchanin Road. Mark Bard looked multiple times in both directions of traffic on Montchanin Road to determine when it was safe to proceed. Mr. Bard crept approximately 10-12 feet forward of the stop sign up to the demarcation line between the pavement and macadam on Twaddle Mill Road to improve his view of traffic conditions. At or near the demarcation line, and determining that there was no traffic coming in either direction, Mr. Bard began to make a left hand turn.

Jayne A. Risk, Esquire
June 18, 2005
Page 3

Several feet into his turn he observed a motorcycle come into view at a high rate of speed at the point of the stone bridge, south of the intersection. When Mr. Bard saw the motorcycle, he stopped the van and observed plaintiff's decedent raise his head and upper torso from the motorcycle and apply his brakes causing the motorcycle's rear tire to lift off the ground while continuing to move straight ahead and directly into Mr. Bard's stopped vehicle. Although Mr. Bard stopped his vehicle, he could do nothing to avoid being impacted by the motorcycle. The motorcycle struck the front driver side hood of the UPS package car.

**Please state how many feet into his turn he observed the motorcycle**

Interrogatory 14(a)

With respect to the first time you saw the Plaintiff involved in this accident immediately prior to its occurrence, state with reference to specific landmarks at the scene:

(a) where your vehicle was and the speed thereof.

RESPONSE:

Moving out onto Montchanin Road, in the southbound lane.

**Please provide the speed and where on Montchanin Road in reference to specific landmarks**

Interrogatory 17(b)

Did you see any indication by Plaintiff from the time you first observed him up to the time of impact that Plaintiff was aware of your vehicle? If yes, state:

(b) Distance in feet from where plaintiff gave such indication to the point of impact.

RESPONSE:

Yes. When Mr. Bard first observed plaintiff's decedent on the stone bridge, plaintiff's decedent raised his head and upper torso from the motorcycle, and applied his brakes, indicating to Mr. Bard that he was aware of the presence of Mr. Bard's vehicle.

**Please provide the distance in feet from where Plaintiff's decedent raised his head and upper torso from the motorcycle to the point of impact**

Jayne A. Risk, Esquire
June 18, 2005
Page 4

Interrogatory 18

When you first saw the Plaintiff, state the distance in feet and geographical location from:

(a) Front of your vehicle to the point of impact;
(b) Plaintiff to point of impact.

RESPONSE:

The distance between the stone bridge and the intersection.

**Please provide distance in feet between stone bridge and intersection**

Interrogatory 24(a)(b)

Did you apply your brakes immediately prior to the point of impact? If yes, state:

(a) The distance in feet from the front of your vehicle to the vehicle owned and operated or occupied by the plaintiff(s);
(b) The distance in feet from the front of your vehicle to the point of impact.

RESPONSE:

Yes. Mark Bard stopped his van when he first observed plaintiff's decedent on the stone bridge.

**Please provide distance in feet from where Bard stopped his van to where he first observed Plaintiff's decedent on the stone bridge**

Interrogatory 25

State the time, in seconds or fractions thereof, that elapsed from when you realized there might be an accident until you applied the brake pedal.

RESPONSE:

Mr. Bard stopped his van before he thought there might be an accident.

Jayne A. Risk, Esquire
June 18, 2005
Page 5

Please state the time that elapsed from when Bard thought there might be an accident to when he stopped his van

Very truly yours,

NELSON LEVIN

NL:nb