IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as administratrix of THE ESTATE OF JOHN VASCEK, JR., : : : : Plaintiffs, : : v. : : UNITED PARCEL SERVICES, INC., a : Delaware corporation, and MARK BARD, : : Defendants. : | C.A. No.: 04-1538 SLR JURY TRIAL DEMANDED |

## NOTICE OF CONTINUATION OF DEPOSITION

To:   William J. Cattie, III, Esq.
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899

Jayne A. Risk, Esq.
DLA Piper Rudnick Gray Cary
One Liberty Place
1650 Market St., Suite 4900
Philadelphia, PA 19103

PLEASE TAKE NOTICE that Plaintiffs will continue to take the following deposition, at the time and date indicated, before a notary public or other person authorized to administer oaths. The deposition will take place at the Law Offices of Richard R. Wier, Jr., 1220 Market St., Suite 600, Wilmington, Delaware 19801 and will be recorded stenographically.

**WITNESS**
Jeffrey Weaver

**DATE & TIME**
August 22, 2005; 11 a.m.

**RICHARD R. WIER, JR., P.A.**

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
DScialpi@wierlaw.com

## CERTIFICATE OF SERVICE

I certify that on this 19th day of July 2005 that I electronically filed the attache notice with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

William J. Cattie, III, Esq.
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899

and that I served said documents by first class mail upon the following:

Jayne A. Risk, Esq.
DLA Piper Rudnick Gray Cary
One Liberty Place
1650 Market St., Suite 4900
Philadelphia, PA 19103

**RICHARD R. WIER, JR., P.A.**

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
DScialpi@wierlaw.com