IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR., | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1538-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| UNITED PARCEL SERVICE, INC. and MARK BARD, | : : : | |
| Defendants. | : | |

### NOTICE OF ORAL DEPOSITION DUCES TECUM

TO:

| | |
|---|---|
| Richard R. Wier, Jr., P. A. | Michael T. van der Veen, Esq. |
| 1220 Market Street, Suite 600 | Kats, Jamison, van der Veen & Associates |
| Wilmington, DE 19801 | 25 Bustleton Pike |
| | Feasterville, PA 19053 |

**PLEASE TAKE NOTICE** that oral depositions will be taken at the law offices of Rawle & Henderson, LLP, 300 Delaware Avenue, Suite 1015, Wilmington, De 19801 on Monday, August 22, 2005 at 9:00 a.m.

> Sergeant Matthew E. Cox
> Delaware State Police, Troop 1A
> 301 Brandywine Parkway
> Wilmington, DE 19803

|  |  |
|---|---|
|  | **RAWLE & HENDERSON, LLP** |
|  | /s/ William J. Cattie, III |
|  | William J. Cattie, III Esquire (#953) |
|  | Rawle & Henderson |
| OF COUNSEL: | 300 Delaware Avenue, Suite 1015 |
| O. Daniel Ansa, Esquire | Wilmington, DE 19899 |
| Jayne Anderson Risk, Esquire | Tel: (302) 778-1200 |
| DLA Piper Rudnick Gray Cary US LLP | |
| 1650 Market Street, 49th Floor | |
| Philadelphia, PA 19103 | |

1178025 v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR., | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1538-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| UNITED PARCEL SERVICE, INC. and MARK BARD, | : : : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, William J. Cattie, III, Esq. do hereby certify that on July 22, 2005, I have caused to be sent via LEXIS NEXIS E-Filing and U.S. Mail of the **NOTICE OF ORAL DEPOSITION DUCES TECUM** to the following individual(s):

Richard R. Wier, Jr., P. A.  
1220 Market Street, Suite 600  
Wilmington, DE 19801

Michael T. van der Veen, Esq.  
Kats, Jamison, van der Veen & Associates  
25 Bustleton Pike  
Feasterville, PA 19053

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III  
William J. Cattie, III, Esq.  
I. D. No. 953  
300 Delaware Avenue  
P. O. Box 588  
Wilmington, DE 19899-0588  
Attorney for Defendants

1178025 v.1                                    2