## VERIFICATION

I, Mark Bard, being duly sworn, deposes and states that I am the Defendant and that I am authorized to make this verification on my own behalf and that the statements set forth in the Responses of Mark Bard to Plaintiff's First Set of Interrogatories are true upon my personal knowledge, information and belief.

Dated: 6/8/05

_____
Mark Bard

SWORN AND SUBSCRIBED TO
BEFORE ME THIS DAY
OF 2005

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: _____