IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administrator of The Estate of John Vascek, Jr., <br><br> Plaintiff, <br><br> v. <br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br><br> Defendants. | ) ) ) ) ) ) ) ) Civ. No. 04-1538-SLR ) ) ) ) ) ) |

O R D E R

At Wilmington this 10th day of August, 2005, having conferred with counsel;

IT IS ORDERED that:

1. **Motions in Limine**. All motions in limine shall be filed on or before **January 4, 2006**. All responses to said motions shall be filed on or before **January 11, 2006**.

8. **Pretrial Conference**. A pretrial conference will be held on **January 18, 2006 at 4:30 p.m.** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal Rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9. **Trial**. This matter is scheduled for a jury trial commencing on **January 30, 2006** in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For

purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

 

_____
United States District Judge