IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

HEIDI VASCEK, individually )
and as Administrator of The )
Estate of John Vascek, Jr., )
                            )
        Plaintiff,          )
                            )
    v.                      )   Civ. No. 04-1538-SLR
                            )
UNITED PARCEL SERVICE, INC. )
and MARK BARD,              )
                            )
        Defendants.         )

O R D E R

At Wilmington this 10th day of August, 2005, having reviewed plaintiff's motion to compel and the papers submitted in connection therewith;

IT IS ORDERED that said motion (D.I. 43) is **denied.** The court finds that the verification supplied by defendant Bard is legally sufficient, as are his responses. Plaintiff has the opportunity to depose Mr. Bard in order follow up on his answers to the interrogatories.

                                                                   United States District Judge