IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HEIDI VASCEK, individually and as        :
administratrix of THE ESTATE OF          :
JOHN VASCEK, JR.,                        :
                                         :
    Plaintiffs,                          :
                                         :
v.                                       :   C.A. No.: 04-1538 SLR
                                         :
UNITED PARCEL SERVICES, INC., a          :   JURY TRIAL DEMANDED
Delaware corporation, and MARK BARD,     :
                                         :
    Defendants.                          :

## RE-NOTICE OF DEPOSITIONS*

To:    William J. Cattie, III, Esq.
       Rawle & Henderson LLP
       300 Delaware Avenue, Suite 1015
       P.O. Box 588
       Wilmington, DE 19899

       Jayne A. Risk, Esq.
       DLA Piper Rudnick Gray Cary
       One Liberty Place
       1650 Market St., Suite 4900
       Philadelphia, PA 19103

PLEASE TAKE NOTICE that Plaintiffs will take the following depositions, at the time and date indicated, before a notary public or other person authorized to administer oaths. The deposition will take place at the Law Offices of Richard R. Wier, Jr., 1220 Market St., Suite 600, Wilmington, Delaware 19801 and will be recorded stenographically.

* Pursuant to Rules 30(b)(5) and 34, deponents are requested to produce any documents in their possession, custody or control, referring or relating to the October 26, 2004 collision between Mark Bard and John Vascek, Jr. and any investigation of said collision.

| WITNESS | DATE & TIME |
|---|---|
| Jim Jester | September 6, 2005; 10 am |
| Jim Liggett | September 21, 2005; 10 am |

**RICHARD R. WIER, JR., P.A.**

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
DScialpi@wierlaw.com

## CERTIFICATE OF SERVICE

I certify that on this 12th day of August 2005 that I electronically filed the attache notice with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

William J. Cattie, III, Esq.
Rawle & Henderson LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899

and that I served said documents by first class mail upon the following:

Jayne A. Risk, Esq.
DLA Piper Rudnick Gray Cary
One Liberty Place
1650 Market St., Suite 4900
Philadelphia, PA 19103

**RICHARD R. WIER, JR., P.A.**

  /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
DScialpi@wierlaw.com