# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR.,** | : : : : | |
| Plaintiffs, | : | C.A. No. 04-1538-SLR |
| v. | : | **JURY TRIAL DEMANDED** |
| | : | |
| **UNITED PARCEL SERVICE, INC. and MARK BARD,** | : : : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on August 30, 2005, I have caused to be sent via U. S. Mail and/or Hand Delivery two copies of the **Defendant's Response to Plaintiff's Request for Inspection and Testing of the Subject UPS Van Pursuant to Rule 34** to the following individual(s):

Richard R. Wier, Jr., P. A.  
1220 Market Street, Suite 600  
Wilmington, DE 19801

Michael T. van der Veen, Esq.  
Kats, Jamison, van der Veen & Associates  
25 Bustleton Pike  
Feasterville, PA 19053

**RAWLE & HENDERSON LLP**

 /s/ William J. Cattie, III  
William J. Cattie, III, Esq. - ID #953  
300 Delaware Avenue, Suite 1015  
P. O. Box 588  
Wilmington, DE 19899-0588  
Attorney for Defendants

1196688 v.1