IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HEIDI VASCEK, individually and as** Administratrix of THE ESTATE OF JOHN VASCEK, JR., | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1538-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| UNITED PARCEL SERVICE, INC. and MARK BARD, | : : : : | |
| Defendants. | : | |

## NOTICE OF ORAL DEPOSITION

TO:

| | |
|---|---|
| Richard R. Wier, Jr., P. A. | Michael T. van der Veen, Esq. |
| 1220 Market Street, Suite 600 | Kats, Jamison, van der Veen & Associates |
| Wilmington, DE 19801 | 25 Bustleton Pike |
| | Feasterville, PA 19053 |

**PLEASE TAKE NOTICE** that oral deposition of Kevin Elmore will be taken at the law offices of Rawle & Henderson, LLP, 300 Delaware Avenue, Suite 1015, Wilmington, DE 19801 on Tuesday, September 27, 2005 at 10:00 a.m.

                                            **RAWLE & HENDERSON,** LLP

                                            /s/ William J. Cattie, III
                                            William J. Cattie, III Esquire (#953)
                                            Rawle & Henderson

OF COUNSEL:
O. Daniel Ansa, Esquire
Jayne Anderson Risk, Esquire
DLA Piper Rudnick Gray Cary US LLP
1650 Market Street, 49th Floor
Philadelphia, PA 19103

300 Delaware Avenue, Suite 1015
Wilmington, DE 19899
Tel: (302) 778-1200

1092536 v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR.,** | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1538-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| **UNITED PARCEL SERVICE, INC. and MARK BARD,** | : : : : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on September 9, 2005, I have caused to be sent via U. S. Mail and/or Hand Delivery two copies of the **NOTICE OF ORAL DEPOSITION** to the following individual(s):

| | |
|---|---|
| Richard R. Wier, Jr., P. A.<br>1220 Market Street, Suite 600<br>Wilmington, DE 19801 | Michael T. van der Veen, Esq.<br>Kats, Jamison, van der Veen & Associates<br>25 Bustleton Pike<br>Feasterville, PA 19053 |

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue
P. O. Box 588
Wilmington, DE 19899-0588
Attorney for Defendants