IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR., | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1538-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| UNITED PARCEL SERVICE, INC. and MARK BARD, | : : : | |
| Defendants. | : | |

### NOTICE OF ORAL DEPOSITION

TO:

Richard R. Wier, Jr., P. A.
1220 Market Street, Suite 600
Wilmington, DE 19801

Michael T. van der Veen, Esq.
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053

**PLEASE TAKE NOTICE** that oral deposition of John S. Vascek, Sr. will be on

Tuesday, September 20, 2005 at 3:30 p.m. at the law office of Rawle & Henderson, LLP, 300

Delaware Avenue, Suite 1015, Wilmington, Delaware 19801.

**RAWLE & HENDERSON, LLP**

/s/ William J. Cattie, III
William J. Cattie, III Esquire (#953)
Rawle & Henderson
300 Delaware Avenue, Suite 1015
Wilmington, DE 19899
Tel: (302) 778-1200

OF COUNSEL:
O. Daniel Ansa, Esquire
Jayne Anderson Risk, Esquire
DLA Piper Rudnick Gray Cary US LLP
1650 Market Street, 49th Floor
Philadelphia, PA 19103

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HEIDI VASCEK, individually and as** Administratrix of THE ESTATE OF JOHN VASCEK, JR., | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1538-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| **UNITED PARCEL SERVICE, INC.** and **MARK BARD,** | : : : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on September 13, 2005, I have caused to be sent via U. S. Mail and/or Hand Delivery two copies of the **NOTICE OF ORAL DEPOSITION** to the following individual(s):

Richard R. Wier, Jr., P. A.  
1220 Market Street, Suite 600  
Wilmington, DE 19801

Michael T. van der Veen, Esq.  
Kats, Jamison, van der Veen & Associates  
25 Bustleton Pike  
Feasterville, PA 19053

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue
P. O. Box 588
Wilmington, DE 19899-0588
Attorney for Defendants

1092536 v.1

2