IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HEIDI VASCEK, individually and as  :
administratrix of THE ESTATE OF    :
JOHN VASCEK, JR.,                  :
                                   :
    Plaintiffs,                    :
                                   :
v.                                 :     C.A. No.: 04-1538 SLR
                                   :
UNITED PARCEL SERVICES, INC., a    :     JURY TRIAL DEMANDED
Delaware corporation, and MARK BARD, :
                                   :
    Defendants.                    :

## NOTICE OF DEPOSITIONS

To:    William J. Cattie, III, Esq.
       Rawle & Henderson LLP
       300 Delaware Avenue, Suite 1015
       P.O. Box 588
       Wilmington, DE 19899

       Jayne A. Risk, Esq.
       DLA Piper Rudnick Gray Cary
       One Liberty Place
       1650 Market St., Suite 4900
       Philadelphia, PA 19103

PLEASE TAKE NOTICE that Plaintiffs will take the following depositions, at the time and date indicated, before a notary public or other person authorized to administer oaths. The deposition will take place at the Law Offices of Richard R. Wier, Jr., 1220 Market St., Suite 600, Wilmington, Delaware 19801 and will be recorded stenographically.

| WITNESS | DATE & TIME |
|---|---|
| Corporate Designee - Immediate Supervisor of Mark Bard | September 29, 2005; 12 p.m. |
| Corporate Designee - In charge of Driver Safety/Training | September 29, 2005; 1 p.m. |
| Corporate Designee - Information Systems | September 29, 2005; 2 p.m. |
| Corporate Designee - Truck Maintenance | September 29, 2005; 4 p.m. |

**RICHARD R. WIER, JR., P.A.**

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
DScialpi@Wierlaw.com

## CERTIFICATE OF SERVICE

I certify that on this 14th day of September 2005, I electronically filed the attached Re-Notice of Depositions with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

William J. Catie, Esq.
Rawle & Henderson
300 Delaware Ave., Suite 1015
Wilmington, DE 19899

and that I sent by first class mail a copy to the following:

Jayne A. Risk, Esq.
DLA Piper Rudnick Gray Cary
One Liberty Place
1650 Market St., Suite 4900
Philadelphia, PA 19103

**RICHARD R. WIER, JR., P.A.**

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
Dscialpi@Wierlaw.com