IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR., | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1538-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| UNITED PARCEL SERVICE, INC. and MARK BARD, | : : : | |
| Defendants. | : | |

### NOTICE OF ORAL DEPOSITION

TO:

Richard R. Wier, Jr., P. A.  
1220 Market Street, Suite 600  
Wilmington, DE 19801

Michael T. van der Veen, Esq.  
Kats, Jamison, van der Veen & Associates  
25 Bustleton Pike  
Feasterville, PA 19053

**PLEASE TAKE RE-NOTICE** that oral deposition of Sergeant Matthew E. Cox, Delaware State Police, Troop 1A, 301 Brandywine Parkway, Wilmington, DE 19803 will be held on Tuesday, October 4, 2005 at 10:00 a.m. at the law office of Rawle & Henderson, LLP, 300 Delaware Avenue, Suite 1015, Wilmington, Delaware 19801.

RAWLE & HENDERSON, LLP

/s/ William J. Cattie, III  
William J. Cattie, III Esquire (#953)  
Rawle & Henderson  
300 Delaware Avenue, Suite 1015  
Wilmington, DE 19899  
Tel: (302) 778-1200

OF COUNSEL:  
O. Daniel Ansa, Esquire  
Jayne Anderson Risk, Esquire  
DLA Piper Rudnick Gray Cary US LLP  
1650 Market Street, 49th Floor  
Philadelphia, PA 19103

1092536 v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR.,** | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1538-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| **UNITED PARCEL SERVICE, INC. and MARK BARD,** | : : : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on September 15, 2005, I have caused to be sent via U. S. Mail and/or Hand Delivery two copies of the **RE-NOTICE OF ORAL DEPOSITION** to the following individual(s):

Richard R. Wier, Jr., P. A.  
1220 Market Street, Suite 600  
Wilmington, DE 19801

Michael T. van der Veen, Esq.  
Kats, Jamison, van der Veen & Associates  
25 Bustleton Pike  
Feasterville, PA 19053

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III  
William J. Cattie, III, Esq.  
I. D. No. 953  
300 Delaware Avenue  
P. O. Box 588  
Wilmington, DE 19899-0588  
Attorney for Defendants