IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR.,** | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1538-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| **UNITED PARCEL SERVICE, INC. and MARK BARD,** | : : : : | |
| Defendants. | : | |

## NOTICE OF ORAL DEPOSITION

TO:

| | |
|---|---|
| Richard R. Wier, Jr., P. A. | Michael T. van der Veen, Esq. |
| 1220 Market Street, Suite 600 | Kats, Jamison, van der Veen & Associates |
| Wilmington, DE 19801 | 25 Bustleton Pike |
| | Feasterville, PA 19053 |

**PLEASE TAKE NOTICE** that oral deposition of Michael Hall will be held on

Wednesday, October 5, 2005 at 10:00 a.m. at the law office of Rawle & Henderson, LLP, 300

Delaware Avenue, Suite 1015, Wilmington, Delaware 19801.

                                                   **RAWLE & HENDERSON, LLP**

                                                   /s/ William J. Cattie, III
                                                   William J. Cattie, III Esquire (#953)
                                                   Rawle & Henderson

OF COUNSEL:                                    300 Delaware Avenue, Suite 1015
O. Daniel Ansa, Esquire                   Wilmington, DE 19899
Jayne Anderson Risk, Esquire             Tel: (302) 778-1200
DLA Piper Rudnick Gray Cary US LLP
1650 Market Street, 49th Floor
Philadelphia, PA 19103

1092536 v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR.,** | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1538-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| **UNITED PARCEL SERVICE, INC. and MARK BARD,** | : : : : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on September 15, 2005, I have caused to be sent via U. S. Mail and/or Hand Delivery two copies of the **NOTICE OF ORAL DEPOSITION** to the following individual(s):

Richard R. Wier, Jr., P. A.  
1220 Market Street, Suite 600  
Wilmington, DE 19801

Michael T. van der Veen, Esq.  
Kats, Jamison, van der Veen & Associates  
25 Bustleton Pike  
Feasterville, PA 19053

**RAWLE & HENDERSON** LLP

/s/ William J. Cattie, III  
William J. Cattie, III, Esq.  
I. D. No. 953  
300 Delaware Avenue  
P. O. Box 588  
Wilmington, DE 19899-0588  
Attorney for Defendants