IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HEIDI VASCEK, individually and as : 
administratrix of THE ESTATE OF :
JOHN VASCEK, JR., :
　　　　　　　　　　　　　　　　 :
　　　　Plaintiffs, :
　　　　　　　　　　　　　　　　 :
v. : C.A. No.: 04-1538 SLR
　　　　　　　　　　　　　　　　 :
UNITED PARCEL SERVICES, INC., a : JURY TRIAL DEMANDED
Delaware corporation, and MARK BARD, :
　　　　　　　　　　　　　　　　 :
　　　　Defendants. :

## NOTICE OF VACATION OF DEPOSITIONS

To: William J. Cattie, III, Esq.
　　　Rawle & Henderson LLP
　　　300 Delaware Avenue, Suite 1015
　　　P.O. Box 588
　　　Wilmington, DE 19899

　　　Jayne A. Risk, Esq.
　　　DLA Piper Rudnick Gray Cary
　　　One Liberty Place
　　　1650 Market St., Suite 4900
　　　Philadelphia, PA 19103

　　　PLEASE TAKE NOTICE that Plaintiffs will re-notice the following depositions, at a mutually convenient time and date, before a notary public or other person authorized to administer oaths.

| WITNESS | DATE |
|---|---|
| Corporate Designee - Immediate Supervisor of Mark Bard | originally scheduled 9/29/05 |
| Corporate Designee - In charge of Driver Safety/Training | originally scheduled 9/29/05 |
| Corporate Designee - Information Systems | originally scheduled 9/29/05 |
| Corporate Designee - Truck Maintenance | originally scheduled 9/29/05 |
| Jim Liggett | originally scheduled 9/21/05 |

**RICHARD R. WIER, JR., P.A.**

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
DScialpi@Wierlaw.com

## CERTIFICATE OF SERVICE

I certify that on this 15th day of September 2005, I electronically filed the attached Re-Notice of Depositions with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

William J. Catie, Esq.
Rawle & Henderson
300 Delaware Ave., Suite 1015
Wilmington, DE 19899

and that I sent by first class mail a copy to the following:

Jayne A. Risk, Esq.
DLA Piper Rudnick Gray Cary
One Liberty Place
1650 Market St., Suite 4900
Philadelphia, PA 19103

**RICHARD R. WIER, JR., P.A.**

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
Dscialpi@Wierlaw.com