IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as administratrix of THE ESTATE OF JOHN VASCEK, JR., | : : : : |
| Plaintiffs, | : : |
| v. | : C.A. No.: 04-1538 SLR |
| UNITED PARCEL SERVICES, INC., a Delaware corporation, and MARK BARD, | : : JURY TRIAL DEMANDED : |
| Defendants. | : |

## NOTICE OF DEPOSITIONS

To:   William J. Cattie, III, Esq.
      Rawle & Henderson LLP
      300 Delaware Avenue, Suite 1015
      P.O. Box 588
      Wilmington, DE 19899

      Jayne A. Risk, Esq.
      DLA Piper Rudnick Gray Cary
      One Liberty Place
      1650 Market St., Suite 4900
      Philadelphia, PA 19103

PLEASE TAKE NOTICE that Plaintiffs will take the following depositions, at a mutually convenient time and date, before a notary public or other person authorized to administer oaths. The deposition will take place at the Law Offices of Richard R. Wier, Jr., 1220 Market St., Suite 600, Wilmington, Delaware 19801 and will be recorded stenographically.

**WITNESS**
Corporate Designee - Immediate Supervisor of Mark Bard
Corporate Designee - In charge of Driver Safety/Training
Corporate Designee - Information Systems
Corporate Designee - Truck Maintenance
Corporal Jeffrey Weaver

Sgt. Matthew Cox
John Vascek, Sr.
Dave Burbage
Michael Long
Kevin Elmore
Jim Liggett
Al Hastings
Brian Vincent
Keith Outlaw
Chris D'Pallo
Frank Janitor
Gary Krutchfield
Bill Klutchney
Paul Thornburg

**RICHARD R. WIER, JR., P.A.**

 /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
DScialpi@Wierlaw.com

## CERTIFICATE OF SERVICE

I certify that on this 15th day of September 2005, I electronically filed the attached Re-Notice of Depositions with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

William J. Catie, Esq.
Rawle & Henderson
300 Delaware Ave., Suite 1015
Wilmington, DE 19899

and that I sent by first class mail a copy to the following:

Jayne A. Risk, Esq.
DLA Piper Rudnick Gray Cary
One Liberty Place
1650 Market St., Suite 4900
Philadelphia, PA 19103

**RICHARD R. WIER, JR., P.A.**

_/s/ Daniel W. Scialpi_
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
Dscialpi@Wierlaw.com