IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEIDI VASCEK, individually and as administratrix of THE ESTATE OF JOHN VASCEK, JR., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No.: 04-1538 SLR |
| UNITED PARCEL SERVICES, INC., a Delaware corporation, and MARK BARD, | : : : | JURY TRIAL DEMANDED |
| Defendants. | : | |

**PLAINTIFF'S OMNIBUS MOTION TO
(1) COMPEL INSPECTION OF THE SUBJECT PACKAGE VAN;
(2) COMPEL DEFENDANT MARK BARD TO SUBMIT TO A PHYSICAL EXAMINATION;
(3) COMPEL ANSWERS TO INTERROGATORIES; AND
(4) COMPEL REQUESTS FOR PRODUCTION OF DOCUMENTS**

Now comes Plaintiff, by and through counsel, who seek orders to (1) compel inspection of the subject package van pursuant to Rule 34; (2) compel Defendant Mark Bard to submit to a physical examination pursuant to Rule 35; compel answers to Plaintiff's interrogatories directed to Defendant UPS pursuant to Rule 33; and compel the production of documents by Defendant UPS pursuant to Rule 34.

The facts and legal authority in support of these requests are set forth in Plaintiff's Opening Brief.

Respectfully submitted,

**RICHARD R. WIER, JR., P.A.**


  /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
dscialpi@wierlaw.com

OF COUNSEL:
Michael T. van der Veen (pro hac admitted)
Anthony Bocchino (pro hac admitted)
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053

## CERTIFICATE OF SERVICE

I certify that on this 16th day of September, 2005, that I electronically filed the attached Motion, Answering Brief and Appendix with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

William Cattie, Esq.
Rawle & Henderson
300 Delaware Ave., Suite 1015
Wilmington, DE 19899

**RICHARD R. WIER, JR., P.A.**

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
DScialpi@Wierlaw.com

OF COUNSEL:
Michael T. van der Veen (pro hac admitted)
Anthony Bocchino (pro hac admitted)
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053