## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HEIDI VASCEK, individually and as    :
administratrix of THE ESTATE OF      :
JOHN VASCEK, JR.,                    :
                                     :
      Plaintiffs,          :
                                     :
    v.                         :    C.A. No.: 04-1538 SLR
                                     :
UNITED PARCEL SERVICES, INC., a      :    JURY TRIAL DEMANDED
Delaware corporation, and MARK BARD, :
                                     :
      Defendants.          :

### RULE 7.1.1

Pursuant to Local Rule 7.1.1, co-counsel states that a good faith effort to resolve the

specific discovery disputes at issue have been made.

**RICHARD R. WIER, JR., P.A.**


   /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
dscialpi@wierlaw.com

OF COUNSEL:
Michael T. van der Veen (pro hac admitted)
Anthony Bocchino (pro hac admitted)
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053