IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR.,<br>Plaintiffs,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC. and MARK BARD,<br>Defendants. | :<br>:<br>:<br>:<br>:  C.A. No. 04-1538<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this _____ day of _____, 2005 it is hereby ORDERED that Defendant Mark Bard submit to a physical examination by an audiologist or other medical specialist qualified to determine Mark Bard's hearing acuity and ophthalmologist or other medical specialist qualified to determine Mr. Bard's visual acuity.

This examination will be conducted within twenty (20) days, but no later than ten (10) days before the discovery deadline, October 5, 2005.

UNITED STATES DISTRICT JUDGE

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br>    Plaintiffs, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br>    Defendants. | : <br> : <br> : <br> : <br> : C.A. No. 04-1538 <br> : <br> : <br> : <br> : <br> : |

## ORDER

**AND NOW**, this _____ day of _____, 2005 upon consideration of Plaintiff's Motion to Compel the Inspection of the Subject UPS Van, **IT IS HEREBY ORDERED** that said motion is granted and that Plaintiff shall be allowed to conduct the following inspection:

1. The UPS van will be at the accident scene and audio and visual recording devices can be installed.
2. During the course of the test, a device recording sound levels will be placed in the package van by Plaintiff's expert engineer.
3. The Vascek motorcycle will travel towards the accident scene at various speeds and various gears and the sound level from the van will be recorded. These tests will be repeated at various positions on the roadway.
4. A video camera will be placed at the eye level of the Defendant driver, Bard and record the line of sight from the driver's seat of the van toward the oncoming motorcycle.
5. A second camera will be placed on the motorcycle.
6. A third camera will be placed on the roadway in the center of Montshannon Road pointed in the direction from which the motorcycle approached.
7. Before the van is driven to the accident scene, Plaintiff's expert engineer will do a sound test of the van at UPS' Newark facility.
8. Before the van is driven to the accident scene, Plaintiff expert engineer will do an inspection of tires and undercarriage of the van by having the van placed on a lift at UPS' Newark facility.

**IT IS FURTHER ORDERED** that testing and inspection be scheduled within fourteen (14) days of this Order or face appropriate sanctions upon application to the Court.

UNITED STATES DISTRICT JUDGE

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br>         Plaintiffs, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br>         Defendants. | : <br> : <br> : <br> : <br> :    C.A. No. 04-1538 <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this _____ day of _____, 2005 upon consideration of the Plaintiff's Motion to Compel Answers to Interrogatories and Request for Production of Documents, IT IS HEREBY ORDERED:

1. Defendant, UPS, provide full and complete answers to Interrogatory numbers 12, 17, 37 and 39 to Plaintiff's First Set of Interrogatories, AND

2. Defendant, UPS, produce the following documents:

    A. All photographs, video tapes, films and diagrams of any person, place or thing which is directly or indirectly related to the claims set forth in Plaintiff's Complaint.
    B. All documents related to the conditions at the scene of the accident.
    C. All photographs relating to any object, including any vehicle which was alleged to have been involved in the occurrence.
    D. All documents, writings, memorandum, data, physical evidence, photographs, video tapes, models, diagrams and/or tangible things of any nature whatsoever you intend to introduce or use for any purpose whatsoever at trial.
    E. Any and all documents containing the name, home and business of addresses of all individuals contacted as potential witnesses.
    F. Repair records of the UPS vehicle for the previous 3 years.
    G. Defendant Mark Bard's driver logs in previous years up to and including the day of the accident.
    H. DIAD records, pre-trip inspection form, check list, phone and pager logs for Defendant driver, Mark Bard.
    I. All reports UPS filed with the Delaware Department of Transportation, Delaware Motor Vehicle Department and U.S. Department of Transportation.
    J. All documents requested in Plaintiff's supplemental request for production of documents.

IT IS FURTHER ORERED that Defendant, UPS, provide the above discovery responses within fourteen (14) days of this Order or face appropriate sanctions upon application to the Court.

UNITED STATES DISTRICT JUDGE

_____