M. JANE BRADY
ATTORNEY GENERAL



# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-4698 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO: Wilmington                                         (302) 577-8510

September 16, 2005

Hon. Sue L. Robinson
United States District Judge
District of Delaware
Lock Box 31
844 King Street
Wilmington, DE 19801

      Re:    *Vascek v. United Parcel Service, Inc. and Bard*
             C.A. No. 04-1538

Dear Judge Robinson:

I am writing on behalf of Cpl. Jeffrey Weaver in my capacity as counsel for the Delaware State Police. In that capacity, I have reviewed the Motion for Protective Order to be filed on behalf of the defendant, United Parcel Service, Inc., in the above-referenced lawsuit. I have discussed this unfortunate situation with Cpl. Weaver. On behalf of Cpl. Weaver and the Delaware State Police, I ask the Court to grant the relief sought in the Motion. Cpl. Weaver should not be compelled to give further deposition testimony in this case. (He understands, of course, that he may be called to testify as a witness at trial.)

Cpl. Weaver investigated the accident giving rise to the above-referenced lawsuit, in his capacity as a member of the Fatal Accident Investigation and Reconstruction team of the Delaware State Police. As Your Honor is aware, Cpl. Weaver's primary responsibility is to pursue accident investigations, as well as to work with the Department of Justice in prosecutions where warranted. While he is frequently called upon to testify in civil cases arising from vehicle accidents, he "has no dog in this fight". He is a neutral observer with nothing to gain or lose by virtue of the lawsuit.

The record reflects that Cpl. Weaver has been deposed as an expert witness for over ten hours of testimony (some 581 pages of deposition transcript) on two dates, adjusting his schedule for the convenience of counsel. It should be noted that he attempted to cooperate with counsel on short notice, and at a particularly busy time for him, despite other obligations. For him, this now understandably seems to be a case of "no good deed goes unpunished". As recited in the Motion, he has unfortunately been subjected to abusive tactics on the part of plaintiff's counsel. I fear that the transcript does not adequately convey this behavior. In terms of duration and discourtesy, to say the least, it is well beyond what, in my experience, this Court would tolerate.

I have advised Cpl. Weaver that he should, of course, abide by whatever Order the Court may enter with respect to discovery in this case. However, I have also advised him that he should not appear, for a third time, voluntarily, until the situation has been resolved.

I am at the Court's disposal with respect to the role of Cpl. Weaver in this case.

Respectfully submitted,

*Ralph K. Durstein III*

Ralph K. Durstein, III [ID #921]
Deputy Attorney General
Department of Justice
State of Delaware
820 North French Street
Wilmington, DE 19801