IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR.,** | : | |
| Plaintiffs, | : | |
| | : | C.A. No. 04-1538 |
| vs. | : | |
| | : | |
| **UNITED PARCEL SERVICE, INC. and MARK BARD,** | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of defendant United Parcel Service, Inc.'s Motion for Protective Order, and the opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED**. Corporal Jeffrey Weaver shall not again be compelled to appear and give deposition testimony in this matter.

_____
Honorable Sue L. Robinson,
United States District Judge