# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR., | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1538-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| UNITED PARCEL SERVICE, INC. and MARK BARD, | : : : | |
| Defendants. | : | |

## RE-NOTICE OF ORAL DEPOSITION

TO:
Richard R. Wier, Jr., P. A.             Michael T. van der Veen, Esq.
1220 Market Street, Suite 600           Kats, Jamison, van der Veen & Associates
Wilmington, DE 19801                    25 Bustleton Pike
                                        Feasterville, PA 19053

**PLEASE TAKE RE-NOTICE** that oral deposition of Christine DiPalo will be rescheduled to occur on Thursday, September 21, 2005 at 12:00 p.m. at the law office of Rawle & Henderson, LLP, 300 Delaware Avenue, Suite 1015, Wilmington, Delaware 19801. Ms. DiPalo's original deposition was scheduled for June 24, 2005.

                                        **RAWLE & HENDERSON, LLP**

                                        /s/ William J. Cattie, III
                                        William J. Cattie, III Esquire (#953)
                                        Rawle & Henderson
OF COUNSEL:                              300 Delaware Avenue, Suite 1015
O. Daniel Ansa, Esquire                  Wilmington, DE 19899
Jayne Anderson Risk, Esquire             Tel: (302) 778-1200
DLA Piper Rudnick Gray Cary US LLP
1650 Market Street, 49th Floor
Philadelphia, PA 19103

1092536 v.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR., | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1538-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| UNITED PARCEL SERVICE, INC. and MARK BARD, | : : : | |
| Defendants. | : : | |

### CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on September 22, 2005, I have caused to be sent via U. S. Mail and/or Hand Delivery two copies of the **RE-NOTICE OF ORAL DEPOSITION** to the following individual(s):

Richard R. Wier, Jr., P. A.  
1220 Market Street, Suite 600  
Wilmington, DE 19801

Michael T. van der Veen, Esq.  
Kats, Jamison, van der Veen & Associates  
25 Bustleton Pike  
Feasterville, PA 19053

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III  
William J. Cattie, III, Esq.  
I. D. No. 953  
300 Delaware Avenue  
P. O. Box 588  
Wilmington, DE 19899-0588  
Attorney for Defendants