**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR.,** | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1538 |
| v. | : : | JURY TRIAL DEMANDED |
| **UNITED PARCEL SERVICE, INC. and MARK BARD,** | : : : : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, William J. Cattie, III, Esq. do hereby certify that on September 26, 2005, I have caused to be sent via U. S. Mail and/or Hand Delivery two copies of the **RESPONSES OF DEFENDANT, UPS TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS (SECOND SET)** to the following individual(s):

Richard R. Wier, Jr., P. A.  
1220 Market Street, Suite 600  
Wilmington, DE 19801

Michael T. van der Veen, Esq.  
Kats, Jamison, van der Veen & Associates  
25 Bustleton Pike  
Feasterville, PA 19053

                                  **RAWLE & HENDERSON LLP**

                                  /s/ William J. Cattie, III  
                                  William J. Cattie, III, Esq.  
                                  I. D. No. 953  
                                  300 Delaware Avenue  
                                  P. O. Box 588  
                                  Wilmington, DE 19899-0588  
                                  Tel: (302) 778-1200  
                                  Fax: (302) 778-1400  
                                  Attorney for Defendants

OF COUNSEL:
O. Daniel Ansa, Esquire
Jayne Anderson Risk, Esquire
DLA Piper Rudnick Gray Cary US LLP
1650 Market Street, 49th Floor
Philadelphia, PA 19103
Tel: (215) 656-3300
Fax: (215) 656-3301