IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br> Plaintiffs, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br> Defendants. | : <br> : <br> : <br> : <br> : C.A. No. 04-1538 <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of plaintiff's Omnibus Motion to Compel, and defendants' opposition thereto, it is hereby **ORDERED** that said Motion is **DENIED**.

_____<br>
Honorable Sue L. Robinson,<br>
United States District Judge