IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR., : : : : | |
| Plaintiffs, : | C.A. No. 04-1538-SLR |
| v. : | JURY TRIAL DEMANDED |
| : | |
| UNITED PARCEL SERVICE, INC. and : MARK BARD, : : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on September 26, 2005, I have caused to be electronically filed and sent via U. S. Mail two copies of Defendant's Brief in Opposition to Plaintiff's Omnibus Motion to: (1) Compel Inspection of the Subject Package Car; (2) Compel Defendant Mark Bard to Submit to a Physical Examination; (3) Compel Answers to Interrogatories; and (4) Compel Requests for Production of Documents to the following individual(s):

Richard R. Wier, Jr., P. A.
1220 Market Street, Suite 600
Wilmington, DE 19801

Michael T. van der Veen, Esq.
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053

**RAWLE & HENDERSON** LLP

/s/ William J. Cattie, III
William J. Cattie, III, Esq. - ID #953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
Attorney for Defendants

1196688 v.1