IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as administratrix of THE ESTATE OF JOHN VASCEK, JR., : <br><br> Plaintiffs, : <br><br> v.  : <br><br> UNITED PARCEL SERVICES, INC., a Delaware corporation, and MARK BARD, : <br><br> Defendants. : | <br><br><br><br><br><br>C.A. No.: 04-1538 SLR<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DEPOSITIONS

To:   William J. Cattie, III, Esq.
      Rawle & Henderson LLP
      300 Delaware Avenue, Suite 1015
      P.O. Box 588
      Wilmington, DE 19899

      Jayne A. Risk, Esq.
      DLA Piper Rudnick Gray Cary
      One Liberty Place
      1650 Market St., Suite 4900
      Philadelphia, PA 19103

PLEASE TAKE NOTICE that Plaintiffs will take the following depositions, at a mutually convenient time and date, before a notary public or other person authorized to administer oaths. The deposition will take place at the Law Offices of Richard R. Wier, Jr., 1220 Market St., Suite 600, Wilmington, Delaware 19801 and will be recorded stenographically.

**WITNESS**
John Schwab
Carol Allen
J.C. Kinney

**RICHARD R. WIER, JR., P.A.**

 /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
DScialpi@Wierlaw.com

## CERTIFICATE OF SERVICE

I certify that on this 27th day of September 2005, I electronically filed the attached Re-Notice of Depositions with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Catie, Esq.
> Rawle & Henderson
> 300 Delaware Ave., Suite 1015
> Wilmington, DE 19899

and that I sent by first class mail a copy to the following:

> Jayne A. Risk, Esq.
> DLA Piper Rudnick Gray Cary
> One Liberty Place
> 1650 Market St., Suite 4900
> Philadelphia, PA 19103

**RICHARD R. WIER, JR., P.A.**

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
Dscialpi@Wierlaw.com