IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br> Plaintiffs, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br> Defendants. | : <br> : <br> : <br> : <br> : C.A. No. 04-1538 <br> : <br> : <br> : <br> : <br> : <br> : |

## PROPOSED ORDER

AND NOW, this _____ day of October, 2005, upon consideration of defendants' Motion to Compel Answers to Interrogatories and Requests for Production of Documents and Things [First Set], and any opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED**.

Plaintiff is hereby Ordered within five (5) days of this Order to:

1. Provide a computation of all categories of damages claimed, or thereafter be precluded from recovering any category of damages not provided within five days of this Order;

2. Produce all photographs pertaining to the accident, the motorcycle and instrumentalities of the accident that is the subject of this litigation;

3. Produce all video images of the motorcycle, accident scene and instrumentalities of the accident that is the subject of this litigation; and

4. Provide full and complete responses to defendants' Interrogatories No. 9, 15, 17, 21, 22, 31, 32 and 42.

                                                                                     Honorable Sue L. Robinson,
                                                                                    United States District Judge