IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR., | : <br> : <br> : <br> : |
| Plaintiffs, | :    C.A. No. 04-1538-SLR |
| v. | :    JURY TRIAL DEMANDED <br> : |
| UNITED PARCEL SERVICE, INC. and MARK BARD, | : <br> : <br> : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on September 30, 2005, I have caused to be electronically filed and sent via U. S. Mail two copies of the Brief in Support of Defendant's Motion to Compel Plaintiff's Responses to Interrogatories and Requests for Production of Documents and Things [First Set] to the following individual(s):

Richard R. Wier, Jr., P. A.  
1220 Market Street, Suite 600  
Wilmington, DE 19801

Michael T. van der Veen, Esq.  
Kats, Jamison, van der Veen & Associates  
25 Bustleton Pike  
Feasterville, PA 19053

**RAWLE & HENDERSON** LLP

/s/ William J. Cattie, III  
William J. Cattie, III, Esq. - ID #953  
300 Delaware Avenue, Suite 1015  
P. O. Box 588  
Wilmington, DE 19899-0588  
Attorney for Defendants

1196688 v.1