IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br> Plaintiffs, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br> Defendants. | : <br> : <br> : <br> : <br> : C.A. No. 04-1538 <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of defendant United Parcel Service, Inc.'s Motion for Protective Order, and the opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED**. Plaintiff is hereby precluded from deposing UPS corporate designees with knowledge as to "truck maintenance" and "information systems."

                                                                                              _____
                                                                                              The Honorable Sue L. Robinson,
                                                                                              United States District Judge