IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR.,** : <br> : <br> : <br> : <br> **Plaintiffs,** : <br> v. : <br> : <br> **UNITED PARCEL SERVICE, INC. and MARK BARD,** : <br> : <br> **Defendants.** : | C.A. No. 04-1538-SLR <br><br> JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on October 3, 2005, I have caused to be electronically filed and sent via U. S. Mail two copies of Defendant's Motion for Protective Order, to the following individual(s):

Richard R. Wier, Jr., P. A.  
1220 Market Street, Suite 600  
Wilmington, DE 19801

Michael T. van der Veen, Esq.  
Kats, Jamison, van der Veen & Associates  
25 Bustleton Pike  
Feasterville, PA 19053

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III  
William J. Cattie, III, Esq. - ID #953  
300 Delaware Avenue, Suite 1015  
P. O. Box 588  
Wilmington, DE 19899-0588  
Attorney for Defendants