IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR., | : : : : |
| Plaintiffs, | : C.A. No. 04-1538-SLR |
| v. | : JURY TRIAL DEMANDED : |
| UNITED PARCEL SERVICE, INC. and MARK BARD, | : : : |
| Defendants. | : |

## CERTIFICATION OF GOOD FAITH PURSUANT TO FED. R. CIV. P. 26(C) AND LOCAL RULE 7.1.1

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 7.1.1, counsel for defendant UPS, Inc. states that a good faith effort was made to resolve the present discovery dispute.

RAWLE & HENDERSON LLP

Dated: October 3, 2005

/s/ William J. Cattie, III
William J. Cattie, III, Esq. - ID #953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
Attorney for Defendants