## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR., | : | |
| | : | |
| | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 04-1538-SLR |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| UNITED PARCEL SERVICE, INC. and MARK BARD, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATION OF GOOD FAITH PURSUANT TO
## FED. R. CIV. P. 26(C) AND LOCAL RULE 7.1.1

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 7.1.1, counsel for defendant UPS, Inc. states that a good faith effort was made to resolve the present discovery dispute.

RAWLE & HENDERSON LLP

Dated: October 4, 2005

/s/ William J. Cattie, III
William J. Cattie, III, Esq. - ID #953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
Attorney for Defendants