IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR.,<br>　　　　　Plaintiffs,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC. and MARK BARD,<br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:  C.A. No. 04-1538<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of defendant United Parcel Service, Inc.'s Motion to Quash the Subpoena Directed to Michael Hutchinson, and the opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED**.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　The Honorable Sue L. Robinson,
　　　　　　　　　　　　　　　　　　　　　United States District Judge