IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br> Plaintiffs, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br> Defendants. | : <br> : <br> : <br> : <br> : C.A. No. 04-1538 <br> : <br> : <br> : <br> : <br> : <br> : |

## ORDER

**AND NOW**, this _____ day of October, 2005, upon consideration of defendants' Motion to Compel documents pertaining to plaintiff's counsel's interview of witness Amy Stratton, and any opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED**.

Plaintiff is hereby Ordered to produce within five (5) days of this Order all documents relating or pertaining to her counsel's interview of witness Amy Stratton on the date when he was accompanied by Ms. Stratton to the scene of the accident. Plaintiff shall redact only those portions of the documents which contain the mental impressions, conclusions, opinions, or legal theories of counsel.

Honorable Sue L. Robinson,
United States District Judge