IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br> Plaintiffs, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br> Defendants. | : <br> : <br> : <br> : <br> :    C.A. No. 04-1538 <br> : <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on October 6, 2005, I have caused to be electronically filed and sent via U. S. Mail two copies of the Motion to Compel Documents Pertaining to Plaintiff's Interview of Witness Amy Stratton to the following individual(s):

Richard R. Wier, Jr., P. A.
1220 Market Street, Suite 600
Wilmington, DE 19801

Michael T. van der Veen, Esq.
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053

**RAWLE & HENDERSON** LLP

/s/ William J. Cattie, III
William J. Cattie, III, Esq. - ID #953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
Attorney for Defendants

~PHIL1:3729264.v1