IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br>         Plaintiffs, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br>         Defendants. | : <br> : <br> : <br> : <br> :    C.A. No. 04-1538 <br> : <br> : <br> : <br> : <br> : <br> : |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Erin L. Ginsberg, Esquire, to represent defendants, United Parcel Service, Inc. and Mark Bard, in this matter.

                                           RAWLE & HENDERSON LLP

                                           /s/ William J. Cattie, III
                                           William J. Cattie, III, Esq. - ID #953
                                           300 Delaware Avenue, Suite 1015
                                           P. O. Box 588
                                           Wilmington, DE 19899-0588
                                           Attorney for Defendants