IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br> Plaintiffs, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br> Defendants. | : <br> : <br> : <br> : <br> : C.A. No. 04-1538 <br> : <br> : <br> : <br> : <br> : <br> : |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice of Erin L. Ginsberg, Esquire is granted.

_____
UNITED STATES DISTRICT COURT JUDGE

DATE:_____