# CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*Erin Ginsberg*
Erin L. Ginsberg, Esquire
Attorney I.D. No. 89864
**DLA PIPER RUDNICK GRAY CARY US LLP**
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103

DATE: 10/6/05