## CERTIFICATE OF SERVICE

I certify that on this 6th day of October 2005, I electronically filed the attached with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

William J. Cattie, Esq.

Rawle & Henderson

300 Delaware Ave., Suite 1015

Wilmington, DE 19899

RICHARD R. WIER, JR., P.A.

/s/ Daniel W. Scialpi

Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
