IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR.,<br>   Plaintiffs,<br><br>vs.<br><br><br>UNITED PARCEL SERVICE, INC. and MARK BARD,<br>   Defendants. | :<br>:<br>:<br>:<br>:<br>:   C.A. No. 04-1538 SLR<br>:<br>:<br>:<br>:<br>:<br>: |

**APPENDIX TO PLAINTIFF'S BRIEF IN REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S OMNIBUS MOTION TO COMPEL DISCOVERY.**

                  Richard R. Wier, Jr. (#716)
                  Daniel W. Scialpi (#4146)
                  RICHARD R. WIER, JR., P.A.
                  1220 Market St., Suite 600
                  Wilmington, DE 19801
                  (302)888-3222

                  Michael T. van der Veen
                  Anthony Bocchino
                  KATS, JAMISON VAN DER VEEN
                  & ASSOCIATES
                  25 Bustleton Pike
                  Festerville, PA 19053

October 6, 2005

TABLE OF CONTENTS

June 17, 2005 letter from Michael T. van der Veen, Esq………………………………...Exhibit A

Plaintiff's Request for Inspection and Testing of the Subject UPS van pursuant to
Rule 34……………………………………………………………………………..…..Exhibit B

Defendants' Response to Plaintiff's Request for Inspection and Testing of the Subject UPS van
pursuant to Rule 34…………………………………………………………………..….Exhibit C

Responses of Defendant, UPS to Plaintiffs' Request for Production of Documents
(Second Set)………………………………………………………………………….....Exhibit D