# EXHIBIT A

# KATS, JAMISON, VAN DER VEEN & ASSOCIATES†

25 BUSTLETON PIKE
FEASTERVILLE, PA 19053

MARINA KATS+△
SETH I. JAMISON* (1961-1998)
MICHAEL T. VAN DER VEEN** △

OF COUNSEL
MICHAEL N. DAVID***
+ Member PA, NJ, NY & Wash., D.C. Bars
* Member PA, NJ Bars
** Member PA, NJ & IL Bars
*** Member PA, NJ & NY Bars
△ LL.M in Trial Advocacy

(215) 396-9001
FAX (215) 396-8388
(800) LAW-1917
E-mail: Marina@mkats.com
Website: http://www.mkats.com

June 17, 2005

NEW JERSEY OFFICE
1 Pennington-Washington
Crossing Road; Suite 12
Pennington, NJ 08534-3506
(856) 795-0999

NEW YORK OFFICE
110 Wall Street, 21st Floor
New York, NY 10005
(212) 496-5400

†LAW OFFICES OF
KATS & ASSOCIATES, P.C.

Jayne A. Risk, Esquire                          215-606-3328
Piper Rudnick, Gray Cary
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, Pennsylvania 19103-7300

Re:   Heidi Vascek, Individually and as Administratrix of the Estate
      of John Vascek, Jr. v. United Parcel Services and Mark Bard

Dear Ms. Risk,

As you requested in our telephone conversation earlier today, please find the following to be confirmation of our conversation.

Although you had agreed to allow us to conduct an inspection and investigation of the package van at the UPS facility and then at the scene of the accident on Monday, June 20, 2005, you have now requested that these inspections be rescheduled because UPS cannot get the package van into a "road worthy" condition by the agreed upon date. This change is understood by me because, in all fairness, my requests were made to you on relatively short notice.

We have agreed to reschedule our inspection and investigation to a date mutually convenient. You have asked, and the following is, my description of the protocol and requirements attendant to our inspection. First, I want to raise the UPS truck from the ground at the UPS facility so that I may inspect the tires for wear, tear, and road marks. Second, at the accident scene, I want to inspect the package van for noise levels and sight lines. As I am sure you are aware, there are federal regulations mandating that truck motors not operate too loudly. I want to verify that the UPS van is in compliance. Therefore, when you replace the hood, I ask that it be a replacement hood of the same specifications, and when you fix the electrical wire that you not replace the engine or alter the engine's noise in any

Ms. Risk
June 17, 2005
Page -2-

manner. I am going to have an individual sit in the package van so that I can understand what Mr. Bard sensed as he approached this ...ccident.

I have checked with my experts and their dates of availability are June 23rd, July 5th and July 8th. In that, we have depositions on June 23rd, I would suggest July 5th or July 8th, whichever is most convenient for UPS.

Finally, you have agreed to withdraw your Motion for Protective Order which was apparently filed on June 2, 2005. I thank you for withdrawing this Motion in light of the fact that I have never received service of this Motion and in light of the fact that service of this Motion was only effectuated on my local counsel in Wilmington, Delaware earlier this week.

I hope you have an enjoyable weekend and look forward to meeting you next week at the depositions.

Very truly yours,

Michael T. van der Veen

MTV:nb
cc: Richard R. Wier, Jr., Esquire
    William Cattie, Esquire
    (by fax)