# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEIDI VASCEK, individually and as | : | |
| Administratrix of the ESTATE OF | : | |
| JOHN VASCEK, JR., | : | |
|         Plaintiffs, | : | |
| | : | C.A. No. 04-1538 |
|    vs. | : | |
| | : | |
| | : | |
| UNITED PARCEL SERVICE, INC. and | : | |
| MARK BARD, | : | |
|         Defendants. | : | |

## PLAINTIFF'S REQUEST FOR INSPECTION AND TESTING OF THE SUBJECT UPS VAN PURSUANT TO RULE 34

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff requests that Defendant UPS produce the subject package van for inspection and testing as per the following protocol:

1.     The UPS van will be at the accident scene, Montchanin and Twaddel Mill Roads, and audio and visual recording devices will be used.

2.     During the course of the test, a device recording sound levels will be placed in the UPS van by Plaintiff's expert engineer.

3.     The Vascek motorcycle will travel on Montchanin Road towards the accident scene at various speeds and at various gears and the sound level from the UPS van will be recorded. These tests will be repeated at various positions on the roadway.

4.     One video camera will be placed at the appropriate eye level of Defendant driver, Mark Bard, and record the line of sight from the driver's seat of the UPS van towards the oncoming motorcycle.

5.     A second video camera will be placed on the motorcycle.

6.    A third video camera will be placed on the roadway in the center of Montchanin Road pointing in the direction from which the motorcycle approaches.

7.    Before the UPS van is driven to the accident scene, Plaintiff's expert engineers will do a sound test of the UPS van at the UPS Newark, Delaware facility, and inspect the van's tires and under carriage.

8.    There will be no destructive testing of the van.

The above inspection will be conducted at a mutually convenient time, but no later than ten (10) days before the discovery deadline, October 5, 2005 with an appropriate back up date due to inclement weather.

Dated:  8/24/05

_____
Michael T. van der Veen
Counsel for Plaintiff