# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., Plaintiffs, vs. UNITED PARCEL SERVICE, INC. and MARK BARD, Defendants. | : : : : : : : : : : : : | C.A. No. 04-1538 |
|---|---|---|

**DEFENDANTS' RESPONSE TO PLAITIFF'S REQUEST FOR INSPECTION AND TESTING OF THE SUBJECT UPS VAN PURSUANT TO RULE 34**

1-8.   OBJECTION. Defendants object to this request as it is unduly burdensome, prejudicial and exceeds the scope of discovery pursuant to F.R.C.P. 34. Plaintiff's attorney and expert have already inspected the UPS package van. In addition, plaintiff's second inspection is not at all the inspection originally agreed to by defendants. Plaintiff's foregoing request is not at all for an additional inspection per Rule 34, but rather a comprehensive accident reconstruction. Plaintiff is not entitled to use UPS's property for the purpose of conducting a reconstruction of the accident nor is UPS obligated to make its property available for such use.

RAWLE & HENDERSON LLP

William J. Cattie, III, Esquire (#953)
Attorneys for Defendants
300 Delaware Avenue – Suite 1015
Wilmington, DE 19899
Telephone:   (302) 778-1200

DLA PIPER RUDNICK GRAY CARY US LLP

O. Daniel Ansa (*admitted pro hac vice*)
Jayne A. Risk (*admitted pro hac vice*)
Attorneys for Defendants,
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA 19103
Telephone:    (215) 656-3328

Dated: August 30 2005

10/05/2005 12:50    12153968388    KATS AND ASSOCIATES    PAGE 10/17