IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR.,<br>       Plaintiffs,<br><br>vs.<br><br><br>UNITED PARCEL SERVICE, INC. and MARK BARD,<br>       Defendants. | :<br>:<br>:<br>:<br>:   C.A. No. 04-1538 SLR<br>:<br>:<br>:<br>:<br>:<br>: |

**APPENDIX TO PLAINTIFF'S RESPONSE TO DEFENDANTS MOTION
FOR A PROTECTIVE ORDER TO PRECLUDE FURTHER
DEPOSITION TESTIMONY OF CORPORAL JEFFREY WEAVER.**

Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222

Michael T. van der Veen
Anthony Bocchino
KATS, JAMISON VAN DER VEEN
& ASSOCIATES
25 Bustleton Pike
Festerville, PA 19053

October 6, 2005

TABLE OF CONTENTS

Fatal Motor Vehicle Collision Report..................................................................Exhibit A

Deposition Transcript of Cpl. Jeffrey Weaver (Day 1)..........................................Exhibit B

Deposition Transcript of Cpl. Jeffrey Weaver (Day 2).........................................Exhibit C