# EXHIBIT A

# DSP Troop 1

217

SUMMARY

Crash Classification: 04 - Fatality
Traffic Section Classification: 04 - Fatality
Date of Crash: 10/26/2004
Time of Crash: 16:00 Hrs.
Hit & Run?: No
Private Property?: No
Crash Case Identifier: 01-04-122194
Departmental Crash?: No
Grid Number: 092-376
Sector Number: 12
County: New Castle
Within corporate limits of: "N/A"
Literal Description: DE RT #100, MONTCHANIN ROAD, CRT #235 S/B, AT TWADDELL MILL ROAD, CRT #234
X Coordinate: 00448796
Y Coordinate: 04409852

If the Crash Occurred Outside of City Limits, Indicate the General Vicinity: "N/A"
Direction: "N/A" of Nearest City: "N/A"
On Road, Street or Highway: "N/A"
Direction of Travel: "N/A"
At Intersection with: "N/A"

Note: Unless the Crash occurred at an intersection which is completely described above, use the space below to give the exact location from a milepost or definable intersection, bridge, or railroad crossing, using two distances and directions if necessary.

Distance: "N/A" Direction: "N/A" and Distance: "N/A" Direction: "N/A" of
Milepost Number: "N/A" Or Definable Intersection, Bridge or Railroad Crossing: "N/A"

## ACCIDENT ENVIRONMENT

Location of First Harmful Event: 01 - Roadway
Manner of Crash/Collision Impact: 05 - Angle
Ambient Light: 01 - Daylight
Road Surface Condition: 01 - Dry
Weather Conditions (up to two): 01 - Clear

## ROADWAY CHARACTERISTICS

Contributing Circumstances:
Environment: 03 - Physical obstruction
Roadway: 88 - Other.

Type of Road: 6 - State Roadway
Type of Roadway Junction: 03 - T-intersection
Traffic Control Type: 04 - Stop Sign

SCHOOL BUS RELATED?
School Bus Related?: 01 - No
Children Involved?: "N/A"

WORK ZONE RELATED?
Work Zone Related?: No
Type of Work Zone: "N/A"
Workers Present?: "N/A"
Work Zone Location of Crash: "N/A"

## SEQUENCE OF EVENTS

FATAL

First Harmful Event: 08 - Collision with person, vehicle, or object not fixed - Motor vehicle in transport

## INCIDENT INFORMATION

Reporting Police Agency Identifier: DSP Troop 1
Type of Police Agency: 01 - State Police
Date Crash Reported to Police Agency: 10/26/2004
Time Crash Reported to Police Agency: 16:00 Hrs.
Time Officer Notified of Crash: 16:25 Hrs.
Time Officer Arrived At Scene: 16:25 Hrs.
Date of Report: 10/26/2004
Source of Information: 02 - Motorist
Exchange Information Given to All Drivers?: No
Investigation Made at Scene?: Yes
Referred to Special Unit: Yes
Other Technical Investigating Agency: F.A.I.R. UNIT
Reporting Officer Name: WEAVER
Officer IBM: 652
Approver Last Name: COX
Approver IBM: 602
Approval Date: 03/07/2005
Approval Time: 12:11

3-21-05

10/05/2005 11:47 12153968388 KATS AND ASSOCIATES PAGE 02/35

302 735 5950

001

Driver's Name - Last: VASCEK | First: JOHN | Middle: S | Suffix: JR

Is All Information Known for this unit? Yes | Date of Birth: 09/14/1968 | Age: 35 | Gender: Male | Phone: (856) 769-4333 Ext.

Address: 29 FORSYTHIA LANE | City: PILESGROVE | State: NJ | Zip: 08098

**Driver License** | Driver's License Number: V07254078209686 | License State: NJ | License Expiration Date: 12/31/2007 | License Class: D

License Endorsements: M | License Restrictions: NONE | Driver Distraction: 88 - Unknown | Alcohol/Drugs Suspected: 01 - Neither alcohol nor drugs suspected

Alcohol Test Status: "N/A" | Alcohol Type of Test: "N/A" | Alcohol Test Results: "N/A"

Drug Test Status: "N/A" | Drug Type of Test: "N/A" | Drug Test Results: "N/A"

Insurance Co. Name: USAA CASUALTY INSURANCE CO | Insurance Policy #: 01256582G8C71038 | Insurance Expiration Date: 12/31/2004 | Insurance Co Phone Number: "N/A"

**DRIVER INJURY** | Injury Status: 01 - Fatal Injury | Description of Injuries: MBFI | Occupant Protection System Use: 06 - Helmet used

Airbag Deployment: 05 - Not applicable | Airbag Switch Status: 03 - ON-OFF switch not present | Trapped: 01 - Not trapped

Ejection: 02 - Totally ejected | Ejection Path: "N/A"

Physician's Name: BURNS | Admission Status: 0 - Not Applicable

Source of Transport: 02 - EMS | Transported to: Christiana Hospital

EMS Response Agency ID: "N/A" | EMS Response Run Number: "N/A"

F/A T A

**CITATION INFO** | Ticket Number 1: "N/A" | Violation Charge Code 1: "N/A" | Violation Charge 1: "N/A"

Cited: 02 | Ticket Number 2: "N/A" | Violation Charge Code 2: "N/A" | Violation Charge 2: "N/A"

Ticket Number 3: "N/A" | Violation Charge Code 3: "N/A" | Violation Charge 3: "N/A"

Ticket Number 4: "N/A" | Violation Charge Code 4: "N/A" | Violation Charge 4: "N/A"

**OWNER INFO** | Owner's Name - Last: VASCEK | First: JOHN | Middle: S | Suffix: JR

Company Name (If Owner): "N/A" | Address: 29 FORSYTHIA LANE | City: PILESGROVE | State: NJ | Zip: 08098

**VEHICLE INFO** | Vehicle Year: 2003 | Make: Yamaha - YAM | Model: R1 | Style: 09 - Motorcyc | Color: Blue - BLU

VIN #: JYARN10E73A013689 | License Plate #: 3788M | State: NJ | Year: 2004 | Departmental Vehicle Type: "N/A" | Departmental Veh Number: "N/A" | Speed Limit: 40 | Speed Limit Units: 01 - MPH

Vehicle Role: 05 - Both striking and struck | Vehicle Maneuver/Action: 01 - Movements essentially straight ahead | Direction of Travel Before Crash: 3 - South

Direction of Force to Vehicle: 12 - Front center | Underride/Override: 01 - No underride or override | Point of Impact: 01 - CF, 02 - RF, 08 - LF, 09 - Top/Windows

Max. Damaged Area: 01 - Center front | Extent of Damage: 04 - Severe/vehicle totaled | Approximate Cost Repair: $4,000.00 | Total Occupants: 01

Traffic Control Device Type: 01 - No Controls | Trafficway Description: 01 - Two-Way, Not Divided | Access Control: 01 - Full Access Control

Driver Condition: 09 - Unknown

Contributing Circumstances, Driver (up to two): 04 - Exceeded authorized speed limit

Vehicle Configuration: 12 - Motorcycle | Cargo Body Type: 01 - Not applicable

Vehicle Towed? Yes | Vehicle Towed By: Ellmore's Towing | Vehicle Towed To: ELLMORE AUTO COLLISION LLC

Emergency Vehicle? No | Emergency Use? No | Emergency Vehicle Type: 01 - Not applicable

Is CMV? No | Grounds for Reporting Carrier Information (up to four): "N/A"

**SEQUENCE OF EVENTS** | First Event: 18 - Collision with person, vehicle, or object not fixed - Motor vehicle in transport

Second Event: "N/A"

Third Event: "N/A"

Fourth Event: "N/A"

Most Harmful Event for this Vehicle: 18 - Collision with person, vehicle, or object not fixed - Motor vehicle in transport

10/05/2005 11:47 12153968388 KATS AND ASSOCIATES PAGE 03/35

302 739 5936

**DRIVER INFORMATION** 002

- Driver's Name - Last: BARD
- First: MARK
- Middle: A
- Suffix: "N/A"
- Is All Information Known for this unit/Unit?: Yes
- Date of Birth: 06/28/1960
- Age: 44
- Gender: Male
- Phone: (302) 832-3413 Ext.
- Address: 332 MEADOW GLEN ROAD
- City: BEAR
- State: DE
- Zip: 19701

**Driver License**

- Driver's License Number: 861696
- License State: DE
- License Expiration Date: 06/17/2007
- License Class: D
- License Endorsements: M
- License Restrictions: NONE
- Driver Distraction: 00 - None
- Alcohol/Drugs Suspected: 01 - Neither alcohol nor drugs suspected
- Alcohol Test Status: "N/A"
- Alcohol Type of Test: "N/A"
- Alcohol Test Results: "N/A"
- Drug Test Status: "N/A"
- Drug Type of Test: "N/A"
- Drug Test Results: "N/A"
- Insurance Co. Name: LIBERTY MUTUAL INSURANCE C
- Insurance Policy #: AS2C21004175334
- Insurance Expiration Date: 01/01/2005
- Insurance Co. Phone Number: (610) 366-0124 Ext.

**DRIVER INJURY**

- Injury Status: 05 - No Injury
- Description of Injuries: "N/A"
- Occupant Protection System Use: 04 - Shoulder belt and lap belt used
- Airbag Deployment: 06 - Not applicable
- Airbag Switch Status: 03 - ON-OFF switch not present
- Trapped: 01 - Not trapped
- Ejection: 01 - Not ejected
- Ejection Path: 01 - Not ejected/not applicable
- Physician's Name: "N/A"
- Admission Status: 0 - Not Applicable
- Source of Transport: 01 - Not Transported
- Transported to: "N/A"
- EMS Response Agency ID: "N/A"
- EMS Response Run Number: "N/A"

FATA

**CITATION INFO**

- Cited: 02
- Ticket Number 1: "N/A"
- Violation Charge Code 1: "N/A"
- Violation Charge 1: "N/A"
- Ticket Number 2: "N/A"
- Violation Charge Code 2: "N/A"
- Violation Charge 2: "N/A"
- Ticket Number 3: "N/A"
- Violation Charge Code 3: "N/A"
- Violation Charge 3: "N/A"
- Ticket Number 4: "N/A"
- Violation Charge Code 4: "N/A"
- Violation Charge 4: "N/A"

**OWNER INFO**

- Owner's Name - Last:
- First: "N/A"
- Middle: "N/A"
- Suffix: "N/A"
- Company Name (if Owner): UNITED PARCEL SERVICE
- Address: 325 RUTHAR DRIVE
- City: NEWARK
- State: DE
- Zip: 19711

**VEHICLE INFO**

- Vehicle Year: 2001
- Make: Freightliner - FRET
- Model: CHA
- Style: 07 - Van
- Color: Brown - BRO
- VIN #: 4UZAASBW31CJ04543
- License Plate #: CL61264
- State: DE
- Year: 2004
- Departmental Vehicle Type: "N/A"
- Departmental Veh Number: "N/A"
- Speed Limit: 30
- Speed Limit Units: 01 - MPH
- Vehicle Role: 03 - Striking
- Vehicle Maneuver/Action: 06 - Turning left
- Direction of Travel Before Crash: 2 - East
- Direction of Force to Vehicle: 10 - Left side front
- Underride/Override: 01 - No underride or override
- Point of Impact: 08 - LF
- Most Damaged Area: 08 - Left front
- Extent of Damage: 02 - Functional damage
- Approximate Cost Repair: $1,000.00
- Total Occupants: 01
- Traffic Control Device Type: 05 - Stop Signs
- Trafficway Description: 01 - Two-Way, Not Divided
- Access Control: 01 - Full Access Control
- Driver Condition: 01 - Apparently normal
- Contributing Circumstances, Driver (up to two): 01 - No improper driving
- Vehicle Configuration: 03 - Single-unit truck (2-axle, 6-tire)
- Cargo Body Type: 04 - Van/enclosed box
- Vehicle Towed?: No
- Vehicle Towed By: "N/A"
- Vehicle Towed To: "N/A"
- Emergency Vehicle?: No
- Emergency Use?: No
- Emergency Vehicle Type: 01 - Not applicable
- Is Carrier?: Yes
- Criteria for Reporting Carrier Information (up to four): 03 - Any fatality occurred

**SEQUENCE OF EVENTS**

- First Event: 12 - Collision with person, vehicle, or object not fixed - Motor vehicle in transport
- Second Event: "N/A"
- Third Event: "N/A"
- Fourth Event: "N/A"
- Most Harmful Event for this Vehicle: 12 - Collision with person, vehicle, or object not fixed - Motor vehicle in transport

302 739 5936

| Unit # | Vehicle Year | Vehicle Make | Vehicle Model | Vehicle Style |
| --- | --- | --- | --- | --- |
| 002 | 2001 | Freightliner - FRET | CHA | 07 - Van |

| VIN Number | Plate Number | Plate State | Plate Year |
| --- | --- | --- | --- |
| 4UZAA5BW31CJ04643 | CL61264 | DE | 2004 |

| Number of Axles | GVWR or GCVW | Cargo Body Type |
| --- | --- | --- |
| 2 | 02 - 10,001 - 26,000 | 04 - Van/enclosed box |

**OWNER INFO**

| Owner Last Name | Owner First Name | Owner Middle Name | Suffix |
| --- | --- | --- | --- |
| "N/A" | "N/A" | "N/A" | "N/A" |

Owner Company Name: UNITED PARCEL SERVICE

Street Address: 325 RUTHAR DRIVE

| City | State | Zip Code |
| --- | --- | --- |
| NEWARK | DE | 19711 |

**CARRIER INFO**

Carrier Name: UNITED PARCEL SERVICE

| Carrier Address | City | State | Zip Code |
| --- | --- | --- | --- |
| 325 RUTHAR DRIVE | NEWARK | DE | 19711 |

| Carrier Phone Number | Carrier ID Number | Carrier issuing authority |
| --- | --- | --- |
| (302) 456-6043 Ext. | "N/A" | 03 - State |

| HazMat placarded/HazMat released? | HazMat Class | Placard Number |
| --- | --- | --- |
| No "N/A" | "N/A" | "N/A" |

**MISCELLANEOUS**

| Vehicle Role | Vehicle Maneuver Action | Direction of Travel Before Crash |
| --- | --- | --- |
| 04 - Struck | 06 - Turning left | 2 - East |

| Cost in Repair | Direction of Force to Vehicle | Extent of Damage |
| --- | --- | --- |
| $1,000.00 | 10 - Left side front | 02 - Functional damage |

| Most Damaged Area | Underride Override |
| --- | --- |
| 08 - Left front | 01 - No underride or override |

Point of Impact: 08 - Left front

*NOTE - THE COLLISION SCENE WAS PROCESSED BY THE USE OF THE GRID COORDINATE SYSTEM OF MEASUREMENT. ALL MEASUREMENTS WERE TAKEN FROM A MARK PLACED ON MONTCHANIN ROAD, AT THE END OF THE DOUBLE YELLOW LINE, IN THE CENTER OF THE ROADWAY, ON THE SOUTH SIDE OF THE INTERSECTION. THE MARK WILL BE REFERRED TO AS THE REFERENCE POINT (RP). IN THIS AREA, DE RT #100, MONTCHANIN ROAD, CDT #235, RUNS IN A RELATIVELY NORTHERLY AND SOUTHERLY DIRECTION. FOR THE PURPOSE OF THIS REPORT, I WILL REFER TO ALL DIRECTIONS AS IF THE ROAD RAN IN A TRUE NORTHERLY AND SOUTHERLY DIRECTION.

IN THIS AREA, DE RT #100 IS A RURAL ROADWAY THAT CONSISTS OF MANY HILLS AND SHARP CURVES. THE ROADWAY CONSISTS OF ONE NORTHBOUND AND ONE SOUTHBOUND LANE OF TRAVEL. THE OPPOSING LANES OF TRAVEL ARE SEPARATED BY A DOUBLE YELLOW LINE (PASSING IS NOT PERMITTED) AND THERE ARE NO IMPROVED SHOULDERS TO THE ROADWAY ON EITHER SIDE. THERE IS A RELATIVELY SHARP CURVE IN THE ROADWAY IN THE AREA OF THE COLLISION. THE CURVE IN THE ROAD BENDS TO THE RIGHT FOR SOUTHBOUND TRAVELING MOTORISTS AND BENDS TO THE LEFT FOR NORTHBOUND TRAVELING MOTORISTS. A SLIGHT GRADE IN THE ROADWAY ALSO EXISTS AT THIS LOCATION. SOUTHBOUND TRAVELING MOTORISTS EXPERIENCE A SLIGHT INCLINE AND NORTHBOUND TRAVELING MOTORISTS EXPERIENCE A SLIGHT DECLINE. HEAVY VEGETATION AND TREES ARE LOCATED ALONG THE EAST AND WEST SIDES OF THE ROADWAY. THE ROADWAY IS CONSTRUCTED OF ASPHALT AND WAS DRY AT THE TIME OF THE COLLISION. THE ROADWAY IS FREE OF OBSTACLES, SURFACE DEFECTS AND CONSTRUCTION. THE POSTED SPEED LIMIT IS FORTY MILES PER HOUR.

THE INTERSECTION OF DE RT #100, MONTCHANIN ROAD, CRT #235 AND TWADDELL MILL ROAD, CRT #234, IS A "T" DESIGNED INTERSECTION. TWADDELL MILL ROAD IS LOCATED ALONG THE WEST SIDE OF MONTCHANIN ROAD AND CONSISTS OF ONE EASTBOUND AND ONE WESTBOUND LANE OF TRAVEL. THE OPPOSING LANES OF TRAVEL ARE SEPARATED BY A DOUBLE YELLOW LINE (PASSING IS NOT PERMITTED) AND THERE ARE NO IMPROVED SHOULDERS TO THE ROADWAY ON EITHER SIDE. THERE IS A GRADUAL CURVE IN THE ROADWAY AT THIS INTERSECTION. THE CURVE IN THE ROAD BENDS TO THE RIGHT FOR EASTBOUND TRAVELING MOTORISTS AND BENDS TO THE LEFT FOR WESTBOUND TRAVELING MOTORISTS. THE ROADWAY IS RELATIVELY LEVEL WITH NO OBSTACLES, SURFACE DEFECTS AND CONSTRUCTION. HEAVY VEGETATION AND TREES ARE LOCATED ALONG THE NORTH AND SOUTH SIDES OF THE ROADWAY. A GRASS EMBANKMENT AREA IS LOCATED ALONG THE SOUTHWEST CORNER OF THE INTERSECTION. THE INTERSECTION IS CONTROLLED BY A POSTED STOP SIGN AND THE POSTED SPEED LIMIT IS THIRTY MILES PER HOUR.

ON TUESDAY AFTERNOON, OCTOBER 26TH, 2004, AT APPROXIMATELY 1620 HOURS, VEHICLE #1 WAS TRAVELING SOUTHBOUND ON DE RT #100, MONTCHANIN ROAD, CRT #235 AT AN UNKNOWN HIGH RATE OF SPEED. VEHICLE #2 WAS TRAVELING EASTBOUND ON TWADDELL MILL ROAD, CRT #234 AND HAD STOPPED FOR A STOP SIGN AT THE INTERSECTION WITH MONTCHANIN ROAD.

OPERATOR #2 LOOKED BOTH DIRECTIONS, DID NOT SEE ANY VEHICLES APPROACHING FROM EITHER DIRECTION AND SLOWLY MOVED FORWARD. VEHICLE #2 BEGAN TO SLOWLY ENTER THE INTERSECTION AND EXECUTE A LEFT TURN AT THE SAME TIME THAT VEHICLE #1 WAS TRAVELING SOUTHBOUND. OPERATOR #1 APPLIED THE FRONT BRAKE OF VEHICLE #1 IN A MANNER IN WHICH CAUSED THE REAR TIRE OF VEHICLE #1 TO COME OFF OF THE GROUND. VEHICLE #1 CONTINUED TO TRAVEL FORWARD IN A SOUTHERLY DIRECTION IN A

FATAL

... POSITION. OPERATOR #1 WAS RAISED INTO THE AIR AS THE REAR TIRE OF VEHICLE #1 DEPARTED FROM THE ASPHALT ROADWAY SURFACE. OPERATOR #1 HELD ONTO THE HANDLEBARS OF VEHICLE #1 AND CONTINUED TO TRAVEL SOUTHBOUND WITH VEHICLE #1 IN A TUCKED POSITION (HEAD POSITIONED TOWARD THE GROUND, FEET INTO THE AIR AND BACK APPROACHING VEHICLE #2). THE FRONT TIRE OF VEHICLE #1 AND THE BACK OF OPERATOR #1 STRUCK THE LEFT FRONT FENDER OF VEHICLE #2 SIMULTANEOUSLY, SANDWICHING OPERATOR #1 BETWEEN VEHICLE #1 AND VEHICLE #2 FOR A POINT OF IMPACT (POI). THE POI OCCURRED APPROXIMATELY FOURTEEN FEET TWO INCHES WEST OF THE EAST EDGE OF THE ROADWAY, ON THE ROADWAY, WITHIN THE INTERSECTION AND WITHIN THE SOUTHBOUND LANE OF MONTCHANIN ROAD.

AFTER THE POI OCCURRED, OPERATOR #1 AND VEHICLE #1 FELL TO THE GROUND AND CAME TO INDEPENDENT FINAL RESTING POSITIONS AT THAT LOCATION (FRP). THE POI WAS THE FRP FOR BOTH VEHICLE #1 AND OPERATOR #1. OPERATOR #1 WAS POSITIONED FACE DOWN AT FINAL REST AND VEHICLE #1 WAS POSITIONED ON ITS LEFT SIDE AT FINAL REST.

AFTER THE POI OCCURRED, VEHICLE #2 WAS PUSHED IN A SOUTHERLY DIRECTION APPROXIMATELY TWO FEET FOUR INCHES BEFORE IT CAME TO A FINAL RESTING POSITION. VEHICLE #2 WAS FACING IN A NORTHEASTERLY DIRECTION AT FINAL REST, POSITIONED ACROSS THE SOUTHBOUND LANE OF MONTCHANIN ROAD AND WITHIN THE INTERSECTION.

*NOTE - VEHICLE #1 AND VEHICLE #2 WERE LATER MOVED FROM THEIR ORIGINAL FINAL RESTING POSITIONS TO CONTROLLED LOCATIONS AT THE REQUEST OF MEDICAL PERSONNEL THAT HAD ARRIVED AT THE SCENE AND ATTENDED TO OPERATOR #1'S INJURIES. ADDITIONALLY, MEDICAL PERSONNEL AT THE COLLISION SCENE MOVED OPERATOR #1 FROM HIS ORIGINAL FRP TO ASSIST WITH PROVIDING MEDICAL ATTENTION.

FATAL MOTOR VEHICLE COLLISION
DATE: Tuesday, October 26th, 2004, approx. 1600 hrs.
LOCATION: Montchanin Road S/B at Twaddell Mill Road
COMPLAINT NO.: 01-04-122194
VICTIM: John S. Vascek, Jr., WMN-36
INVESTIGATED BY: Cpl/3 Jeffrey W. Weaver, 7652
DRAWN BY: Cpl/3 Jeffrey W. Weaver, 7652
PAGE NO.: 6 of 6
FATAL
APPROXIMATE SCALE
NOT TO SCALE
0
50
100'
Centerville ~ 1.2 miles
Twaddell Mill Road, CRT #234 E/B
DE RT #100, Montchanin Road, CRT #235 N/B
13'3"
10'6"
stop sign
trees
POI
FRP
tree
sign
stone bridge & wall
4001 & 4007 Montchanin Road
hedgerow
DE RT #100, Montchanin Road, CRT #235 N/B
13'3"
10'6"
stone bridge
tire mark
sign
LEGEND
POI - point of impact
FRP - final resting position
POI - V1 & V2
DISTANCE
POI - approx. 14'2" W/O EEOR (Montchanin Road) (Within intersection & S/B Lane of Montchanin Road)
DISTANCE
V1 FRP = POI
V2 FRP = approx. 2'4" S/O POI
OP1 FRP = POI
Tire mark = approx. 2'4"
*NOTE - V1, V2 and OP1 were moved to controlled FRPs after the POI occurred.

PAGE 08/35
KATS AND ASSOCIATES
10/05/2005 11:47 12153968388
Mar-30-05 01:30P DSP Traffic Control
302 739 5936
P.10

0279

FATAL MOTOR VEHICLE COLLISION
DATE: Tuesday, October 26th, 2004, approx. 1600 hrs.
LOCATION: Montchannin Road S/B
at Twoddell Mill Road
COMPLAINT NO.: 01-04-122194
VICTIM: John S. Voscek, Jr., WMN-36
INVESTIGATED BY: Cpl/3 Jeffrey W. Weaver, 7652
DRAWN BY: Cpl/3 Jeffrey W. Weaver, 7652
PAGE NO.: 6 of 6
0
50'
100'
APPROXIMATE SCALE
NOT TO SCALE
Centerville - 1.2 miles
11'5" 11'7"
Twaddell Mill Road, CRT #234 E/B
trees
DE RT #100, Montchanin Road, CRT #235 N/B
stop sign
13'3"
10'6"
2
2
FRP
POI
tree
sign
stone bridge & wall
trees
4001 & 4007 Montchanin Road
hedgerow
13'3"
10'6"
DE RT #100, Montchanin Road, CRT #235 N/B
FRP
FRP
stone bridge
tire mark
sign
LEGEND
POI - point of impact
FRP - final resting position
POI - V1 & V2
DISTANCE
POI - approx. 14'2" W/O EEOR (Montchanin Road)
(Within intersection & S/B Lane of Montchanin Road)
DISTANCE
V1 FRP = POI
V2 FRP - approx. 2'4" S/O POI
OP1 FRP = POI
Tire mark - approx. 2'4"
*NOTE - V1, V2 and OP1 were moved to controlled FRPs after the POI occurred.

# SEVERITY & LOCATION PROFILES

VEHICLE – 1

02

| Vehicle Type | Size | Vin |
|---|---|---|
| [illegible] | | JYARN10E73A012669 |

| Make | Model | Year | Plate Number |
|---|---|---|---|
| YAMAHA | R1 | 2003 | NJ 3788R |

| Examined by: Name | Hour | Days After Accident |
|---|---|---|
| CPL/3 WEAVER | [illegible] | [illegible] |

| Place |
|---|
| ELLMORE AUTO COLLISION LLC STORAGE |

| Date | Photos by |
|---|---|
| 11/27/04 | CPL/3 WEAVER |

[illegible] TA BOX [illegible] YZF

| ACCIDENT Number | CASE or FILE Number |
|---|---|
| 01-04-122194 | 01-04-122194 |

| | Road or Street |
|---|---|
| ON | DERT 100 S/B |
| AT | Junction with or distance from: TWADDELL MILL ROAD |
| IN | City or County: N/O CENTERVILLE — State: DE |

| Hour | M | Date | Month | |
|---|---|---|---|---|
| 1620 | P M | 26 | 11 | 2004 |

MILEAGE – 912

| DAMAGE SEVERITY |
|---|
| ☐ DISABLING |
| ■ FUNCTIONAL |
| ☐ OTHER |
| ☐ NONE |

| FIRE | Y | ☒ |
|---|---|---|

| | |
|---|---|
| ▨ | INDUCED DAMAGE |
| ▩ | CONTACT DAMAGE |

FATAL

1² 4²⁰ 1²

IPIM

[illegible] – SHOEI YF DESIGN [illegible] CX-11[illegible]

SEVERITY AIR LOCATION PROFILES
2001 FREIGHTLINER
BROWN IN COLOR
GROSS WT
CONTACT DAMAGE
FATAL



02

Report Date: 10/26/2004 | Agency: Troop 1 State Police | Complaint: 01-04-122194

# Initial Crime Report

Reported Date and Time: TUE 10/26/2004 1625 | Occurred: TUE 10/26/2004 1600

Location: DE RT #100, MONTCHANIN ROAD, CRT#235 S/B @ TWADDELL MILL ROAD, CRT #234

M.O. and Incident Overview:
The victim died as the result of multiple blunt force injuries that were sustained during a motorcycle vs. van motor vehicle collision that occurred at the above time, date and location.

| Grid | Sector | County | Domestic Related | 4-F-14 Sent? | Can Broadcast Sent? |
|---|---|---|---|---|---|
| 093-376 | 13 | New Castle | Yes [X]No | Yes [X]No | Yes [X]No |

## Victim Information

Victim Number: 001 | Name: VASCEK, JOHN S J

| Type | Sex | Race | Ethnic Origin | Age | D.O.B. |
|---|---|---|---|---|---|
| Individual | Male | White | Non-Hispanic | 36 | 09/14/1968 |

Address: 29 Forsythia LA PILESGROVE, NJ 08098 | Resident Status: Non Resident | Home Telephone: (856) 769-4323 | Employer/School: | Work Telephone:

Reporting Person? Yes [X]No | Victim Injured? Yes [X]No | Victim Deceased? Yes [X]No | Officer Comments:

Injuries: | Description of Injuries:

## Crimes and Associated Information

Victim Number: 001 | Crime Seq: 001 | Statute: FATAL MV COLL | Crime Description: Fatal Motor Vehicle Collision

Location Of Offense: Highway/Roadway/Alley | Status: Service Clear 02/09/2005 | Involvement: Alcohol Drugs Computer | General Offense:

Suspected Hate/Bias: Yes [X]No - N/A | Crime Code: 8110 - Fatal Motor Vehicle Collision

Burglary Force Involved: Yes No

## Investigative Narrative

Refer to pages 2 through 19 of this report for the investigative narrative. Also see State of Delaware Uniform traffic Collision TraCS Report 01-04-122194, 102604, Victim - John S. Vascek, Jr., WMN-36, DOB 091468, for additional details and related statement information.

F A T A L

Reporting Officer: CPL/3 WEAVER - 652 2 | Supervisor Approval: MATTHEW E COX PSPT802 Date 02/17/2005 1308

Detective Notified: | Referred To:

Solvability Factors: Witness | Suspect Located | M.O. | Suspect Described | Trace Stolen Property | Suspect Identified | Suspect Named | Suspect Vehicle Identified | Status: Closed

02

**FATAL MOTOR VEHICLE COLLISION**
**DELAWARE STATE POLICE, TROOP 1**
**VICTIM: JOHN S. VASCEK, JR., WMN-36**
**COMPLAINT 01-04-122194**

## I. Uniform Traffic Collision Report

The Uniform Traffic Collision Report is enclosed as a part of this report.

## II. Description of the collision

FATAL

### A. Synopsis

#### 1. Victim and Injured

**Victim/Injured #1, (Operator #1) John S. Vascek, Jr.:**

Mr. John S. Vascek, Jr., WMN-36, DOB 091468, of 29 Forsythia Lane, Pilesgrove, New Jersey 08098, home telephone number 856-769-4323, sustained multiple blunt force injuries to the head and body.

#### 2. Vehicle/Operator Involved

Vehicle #1 is a blue in color 2003 Yamaha R1 motorcycle. The vehicle identification number (VIN) is JYARN10E73A013669. The vehicle was bearing New Jersey registration 3788M. It was owned, registered to and operated by Operator #1, Victim/Injured #1, Mr. John S. Vascek, Jr. Mr. Vascek possessed a valid class "D" drivers' license number V07254078209686 in the State of New Jersey. His license had no restrictions and an "M" (motorcycle) endorsement. Mr. Vascek was the sole occupant on vehicle #1 at the time of the collision and he was wearing a motorcycle safety helmet. The insurance carrier for vehicle #1 is USAA Casualty Insurance Company with a policy number of 0125582660C71028.

Vehicle #2 is a brown in color 2001 Freightliner cargo van. The VIN is 4UZAA5BW31CJ04543. The vehicle was bearing Delaware registration CL61264. It is owned and registered to United Parcel Service, of 325 Ruthar Drive, Newark, Delaware 19711, business telephone number 302-456-6943. Vehicle #1 was operated by Operator #2, Mr. Mark A. Bard, WMN-44, DOB 062660, of 332 Meadow Glen Road, Bear, Delaware 19701, home telephone number 302-832-3413. Mr. Bard possesses a valid class "D" drivers' license number 853596 in the State of Delaware. His license has no restrictions and an "M" (motorcycle) endorsement. Mr. Bard was the sole occupant in vehicle #2 at the time of the collision and he was wearing his seatbelt. The insurance carrier for vehicle #2 is Liberty Mutual Insurance Company with a police number of AS2C21004175334, with an expiration date of January 1st, 2005.

### 3. Description of the Scene

I approached the collision scene from the south, traveling northbound on DE RT #100, Montchanin Road, CRT #235. Montchanin Road was completely closed off to motorists north and south of the collision scene. Northbound traveling motorists were redirected at the intersection of Center Meeting Road and Smith Bridge Road (south of the collision scene) and southbound traveling motorists were detoured at the intersection of Cossart Road, Chester County, Pennsylvania (north of the collision scene). Twaddell Mill Road was also completely closed off to motorists west of the collision scene. Eastbound traveling motorists were re-directed at the intersection of Laurel Ridge (west of the collision scene). Emergency Fire Police and members of the Delaware State Police assisted with traffic control. Fire Police vehicles, Delaware State Police vehicles and safety flares were positioned across the roadway to secure the collision scene. Delaware State Police patrol vehicles and emergency fire company vehicles were located within the closed lanes of the collision scene.

I initially spoke with the responding troopers at the collision scene and obtained preliminary on-scene information. I then walked through the collision scene in a southerly direction, noting the physical evidence. I first observed the final resting position of a blue in color 2003 Yamaha R1 motorcycle. The motorcycle was positioned on its left side and facing in somewhat of a southerly direction. The rear tire was positioned toward the north and the front tire was positioned toward the south. The Yamaha was located within the northbound lane of travel and within the intersection at final rest. The motorcycle displayed moderate contact damage. The contact damage was located around the upper portions of the motorcycle. Damaged areas included the upper front, handlebars, fuel tank, seat and upper rear. Slight contact damage was also located on the left side foot pedals, kickstand and wheel bolts. *NOTE – I later learned that this location was not the final resting position of the motorcycle after the collision had occurred. The motorcycle had been moved to this location by individuals at the collision scene to assist medical personnel to provide medical treatment.

FATAL

I next observed two white chalk mark words on the black asphalt surface. One word was "feet" and one word was "head". *NOTE -- The chalk marks had been placed on the roadway surface by initial responding troopers to identify where the operator's body had been positioned upon their arrival. The operator's body had been rolled over onto his back prior to troopers arriving at the scene. The feet were positioned near the bottom of the motorcycle (directed toward the north) and the head was located south of the motorcycle (directed toward the south). The body was positioned within the intersection and lying parallel to Montchanin Road approximately two feet east of where it had originally come to rest after the collision.

I next observed several small scratch marks on the asphalt roadway surface. The scratch marks were located underneath the motorcycle and were positioned diagonally, in a southwesterly direction, toward the southbound lane of travel. Located approximately twelve feet southwest of the scratch marks, within the

UX 1

southbound lane, was an area of brown dirt. This area had been initially identified by individuals at the scene as the approximate area of where the impact had occurred. I next observed a diagonal tire mark on the roadway surface. That tire mark was located approximately five feet south of the brown dirt area, measured approximately two feet four inches in length and was in a northeasterly/southwesterly diagonal direction. The tire mark was positioned in the southbound lane of travel and within the intersection. The tire mark was in alignment with the area of where the left front tire of a vehicle would have been when the motorcycle struck it. The left front tire of the struck vehicle caused the mark when it was pushed in a southerly direction at impact by the motorcycle.

I next observed the resting position of a brown in color 2001 Freightliner United Parcel Service (UPS) cargo van. The UPS van was positioned within the eastbound lane of Twaddell Mill Road, facing in an easterly direction and located several feet east of the posted stop sign at the southwest corner of the intersection. *NOTE – The UPS van had been moved to this controlled resting position prior to my arrival at the collision scene. The UPS van displayed severe contact damage in the left front fender area of the vehicle. Contact damage included the left front fender, left front corner and left side hood area of the van.

In this area, DE RT #100 is a rural roadway that consists of many hills and sharp curves. The roadway consists of one northbound and one southbound lane of travel. The opposing lanes of travel are separated by a double yellow line (passing is not permitted) and there are no improved shoulders to the roadway on either side. There is a relatively sharp curve in the roadway in the area of the collision. The curve in the road bends to the right for southbound traveling motorists and bends to the left for northbound traveling motorists. A slight grade in the roadway also exists at this location. Southbound traveling motorists experience a slight incline and northbound traveling motorists experience a slight decline. Heavy vegetation and trees are located along the east and west sides of the roadway. The roadway is constructed of asphalt and was dry at the time of the collision. The roadway is free of obstacles, surface defects and construction. The posted speed limit is forty miles per hour.

The intersection of DE RT #100, Montchanin Road, CRT #235 and Twaddell Mill Road, CRT #234, is a "T" designed intersection. Twaddell Mill Road is located along the west side of Montchanin Road, consists of one eastbound and one westbound lane of travel and is somewhat of a hidden intersection from Montchanin Road. The opposing lanes of travel are separated by a double yellow line (passing is not permitted) and there are no improved shoulders to the roadway on either side. There is a gradual curve in the roadway at this intersection. The curve in the road bends to the right for eastbound traveling motorists and bends to the left for westbound traveling motorists. The roadway is relatively level with no obstacles, surface defects and construction. Heavy vegetation and trees are located along the north and south sides of the roadway. A grass embankment area is located along the southwest corner of the intersection. The intersection is controlled by a posted stop sign and the posted speed limit is thirty miles per hour.

4. **How and Why the Collision Occurred**

***NOTE - The collision scene was processed by the use of the grid coordinate system of measurement. All measurements were taken from a mark placed on Montchanin Road, at the end of the double yellow line, in the center of the roadway, on the south side of the intersection. The mark will be referred to as the reference point (RP). In this area, DE RT #100, Montchanin Road, CDT #235, runs in a relatively northerly and southerly direction. For the purpose of this report, I will refer to all directions as if the road ran in a true northerly and southerly direction.***

On Tuesday afternoon, October 26th, 2004, at approximately 1620 hours, Vehicle #1 was traveling southbound on DE RT #100, Montchanin Road, CRT #235 at an unknown high rate of speed. Vehicle #2 was traveling eastbound on Twaddell Mill Road, CRT #234 and had stopped for a stop sign at the intersection with Montchanin Road.

Operator #2 looked both directions, did not see any vehicles approaching from either direction and slowly moved forward. Vehicle #2 began to slowly enter the intersection and execute a left turn at the same time that vehicle #1 was traveling southbound. Operator #1 applied the front brake of vehicle #1 in a manner in which caused the rear tire of vehicle #1 to come off of the ground. Vehicle #1 continued to travel forward in a southerly direction in a "stoppie" position. Operator #1 was raised into the air as the rear tire of vehicle #1 departed from the asphalt roadway surface. Operator #1 held onto the handlebars of vehicle #1 and continued to travel southbound with vehicle #1 in a tucked position (head positioned toward the ground, feet into the air and back approaching vehicle #2). The front tire of vehicle #1 and the back of Operator #1 struck the left front fender of vehicle #2 simultaneously, sandwiching Operator #1 between vehicle #1 and vehicle #2 for a point of impact (POI). The POI occurred approximately fourteen feet two inches west of the east edge of the roadway, on the roadway, within the intersection and within the southbound lane of Montchanin Road.

After the POI occurred, Operator #1 and vehicle #1 fell to the ground and came to independent final resting positions at that location (FRP). The POI was the FRP for both vehicle #1 and Operator #1. Operator #1 was positioned face down at final rest and vehicle #1 was positioned on its left side at final rest.

After the POI occurred, vehicle #2 was pushed in a southerly direction approximately two feet four inches before it came to a final resting position. Vehicle #2 was facing in a northeasterly direction at final rest, positioned across the southbound lane of Montchanin Road and within the intersection.

*NOTE – Vehicle #1 and vehicle #2 were later moved from their original final resting positions to controlled locations at the request of medical personnel that had arrived at the scene and attended to Operator #1's injuries. Additionally, medical personnel at the collision scene moved Operator #1 from his original FRP to assist with providing medical attention.

02

### 5. Emergency Response

Emergency equipment from the following fire companies, medic units and medical examiner's office responded to the scene of the collision. The following are the times the emergency equipment was dispatched and arrived, as recorded by the New Castle County Fire Board and Delaware State Medical Examiner records.

**New Castle County Paramedic Unit – M8B**

| *ALARM* | *IN-SERVICE* | *ON-SCENE* | *TRANS* | *TRANSC* |
|---|---|---|---|---|
| 1600 | 1602 | Unknown | N/A | N/A |

(M8B was dispatched to the collision scene but called off prior to arrival. M8B did not provide any medical support).

**Talleyville Fire Company Ambulance – B25**

| *ALARM* | *IN-SERVICE* | *ON-SCENE* | *TRANS* | *TRANSC* |
|---|---|---|---|---|
| 1600 | 1602 | 1613 | 1627 | 1646 |

(B25 assisted at the collision scene with medical support and the transport of Operator #1, Victim/Injured #1, Mr. John S. Vascek, Jr., to the Christiana Hospital Emergency Room. New Castle Count Paramedic Unit M8D assisted B25).

**New Castle County Paramedic Unit – M8D**

| *ALARM* | *IN-SERVICE* | *ON-SCENE* | *TRANS* | *TRANSC* |
|---|---|---|---|---|
| 1600 | 1602 | 1613 | 1627 | 1646 |

(M8D assisted at the collision scene with medical support and the transport of Operator #1, Victim/Injured #1, Mr. John S. Vascek, Jr., to the Christiana Hospital Emergency Room. M8D was assisted by B25).

**Delaware State Police Helicopter – Trooper 4**

| *ALARM* | *IN-SERVICE* | *ON-SCENE* | *TRANS* | *TRANSC* |
|---|---|---|---|---|
| 1600 | 1603 | 1618 | N/A | N/A |

(Trooper 4 arrived in the area of the collision scene but was called off by the Fire Chief of Talleyville, due to the nature of injuries that Operator #1, Victim/Injured #1, Mr. John S. Vascek, Jr. sustained in the collision).

**Medical Examiner Investigator – Mr. Jack Ingle**

| *NOTIFIED* | *EN-ROUTE* | *ON-SCENE* | *TRANS* | *TRANSC* |
|---|---|---|---|---|
| 1802 | 0630 | N/A | 0700 | 0800 |

(Medical Examiner Investigator, Mr. Jack Ingle, was notified of the passing of Operator #1, Victim/Injured #1, Mr. John S. Vascek, Jr., on the day of the collision. Mr. Ingle responded to the Christiana Hospital morgue on Wednesday morning, October 27th, 2004, took charge of Mr. Vascek's body and transported him to the Medical Examiner's Office).

**B. Investigative Action**

**1. Cause of Death**

**a. Pronounced by, Time, Date**

On Tuesday afternoon, October 26th, 2004, at approximately 1640 hours, Operator #1, Victim/Injured #1, Mr. John S. Vascek, Jr., was pronounced dead via telemetry by Dr. Burns, of the Christiana Hospital staff. Paramedics, at the collision scene, attached leads to the victim that sent an electronic signal to a base station at Christiana Hospital Emergency Room. At the base station, Dr. Burns could determine that Mr. Vascek had no vital signs, and therefore, could pronounce him dead. Refer to Mr. Vascek's Certificate of Death for additional details and related information.

**b. Medical Examiner Investigator**

On Tuesday evening, October 26th, 2004, at approximately 1802 hours, a staff member of the Christiana Hospital Emergency notified Mr. Jack Ingle, an investigator for the Medical Examiner's Office, of Mr. Vascek's passing. Mr. Ingle responded to the Christiana Hospital, took charge of Mr. Vascek's body and transported him to the Medical Examiner's Office.

**c. Autopsy**

On Wednesday afternoon, October 27th, 2004, at approximately 1400 hours, Dr. Jennie Vershvovsky, M.D., Assistant Medical Examiner, performed an autopsy on the body of Mr. John S. Vascek, Jr. Dr. Vershvovsky determined that Mr. Vascek died as a result of multiple blunt force injuries to the torso that he sustained during the motorcycle vs. van collision.

I was present during the autopsy and obtained a set of fingerprints and two color Polaroid photographs of the victim as part of this investigation at the conclusion of the examination. Those fingerprints will be forwarded to the State Bureau of Identification at the completion of this report. Refer to Mr. Vascek's Certificate of Death and Autopsy Protocol for additional details and related information.

**d. Method of Identification**

Mr. Vascek was carrying positive identification at the time of the collision in the form of New Jersey driver's license V07254078209686.