IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

HEIDI VASCEK, individually and as : 
administratrix of THE ESTATE OF :
JOHN VASCEK, JR., :
 :
      Plaintiffs, :
 : C.A. No. 04-1538 SLR
v. :
 :
UNITED PARCEL SERIVCES, INC., a :
Delaware corporation, and MARK BARD, :
 :
      Defendants. :

## NOTICE OF DEPOSITIONS

To:    William J. Cattie, III, Esquire
        Rawle & Henderson LLP
        300 Delaware Avenue, Suite 1015
        P.O. Box 588
        Wilmington, DE 19899

        Jayne A. Risk, Esquire
        DLA Piper Rudnick Gray Cary
        One Liberty Place
        1650 Market St., Suite 4900
        Philadelphia, PA 19103

      PLEASE TAKE NOTICE that Plaintiffs will take the following depositions, at a mutually convenient time and date, before a notary public or other person authorized to administer oaths. The deposition will take place at the Law Offices of Richard R. Wier, Jr., 1220 Market St., Suite 600, Wilmington, Delaware 19801 and will be recorded stenographically.

      Mr. William Cullacchi
      Mr. James Digan
      Mr. Scott Davis
      Trooper John P. Forrester #3302

RICHARD R. WIER, JR., P.A.

___/s/ Daniel W. Scialpi_____

Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
Dscialpi@Wierlaw.com

## CERTIFICATE OF SERVICE

I certify that on this 7th day of October 2005, I electronically filed the attached with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

William J. Cattie, III, Esquire

Rawle & Henderson LLP

300 Delaware Avenue, Suite 1015

P.O. Box 588

Wilmington, DE 19899

RICHARD R. WIER, JR., P.A.

___/s/ Daniel W. Scialpi_____

Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
Dscialpi@Wierlaw.com