IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br>       Plaintiffs, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br>       Defendants. | C.A. No. 04-1538 |

### ORDER

**AND NOW**, this _____ day of October, 2005, upon consideration of defendants' Motion for Protective Order, and any opposition thereto, it is hereby **ORDERED** that said Motion is **GRANTED**.

It is hereby Ordered that the defendants shall not be obligated to respond to the following:

(1) Plaintiff's Request for Production of Documents (Fourth Set); and

(2) Plaintiff's Notice of Depositions of William Cullacchi, James Digan, Scott Davis, Trooper John P. Forester and Kim Hedinger.

 

_____
Honorable Sue L. Robinson,
United States District Judge