IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR., | : : : : |
| Plaintiffs, | : C.A. No. 04-1538-SLR |
| v. | : JURY TRIAL DEMANDED |
| UNITED PARCEL SERVICE, INC. and MARK BARD, | : : : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on October 10, 2005, I have caused to be electronically filed and sent via U. S. Mail two copies of Defendant's Motion for Protective Order Shielding Defendants from Plaintiff's Untimely Notice of Depositions and Request for Production of Documents (Fourth Set) to the following individual(s):

Richard R. Wier, Jr., P. A.
1220 Market Street, Suite 600
Wilmington, DE 19801

Michael T. van der Veen, Esq.
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III
William J. Cattie, III, Esq. - ID #953
300 Delaware Avenue, Suite 1015
P. O. Box 588
Wilmington, DE 19899-0588
Attorney for Defendants

1196688 v.1