IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br>                   Plaintiffs, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br>                   Defendants. | : <br> : <br> : <br> : <br> :   C.A. No. 04-1538 SLR <br> : <br> : <br> : <br> : <br> : |

**PLAINTIFF'S ANSWERING BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO COMPEL PLAINTIFF'S RESPONSE TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS [FIRST SET]**

**I.   INTRODUCTION/STATEMENT OF FACTS**

Plaintiff incorporates the Introduction and Statement of Facts contained in Plaintiff's Response to Defendant, United Parcel Service's, Motion for Protective Order (D.I. 72) and Plaintiff's Omnibus Motion (D.I. 96).

**II.   ARGUMENT**

    **A.   COMPUTATION OF ALL DAMAGES CLAIMED**

Plaintiff's expert reports pertaining to damages will be provided pursuant to the applicable Case Management Order.

    **B.   PHOTOGRAPHS AND VIDEO IMAGES**

Plaintiff opposes the production of the photographs and video images as they are attorney work product. Plaintiff has requested these items from Defendant. Defendant has refused to produce its photographs and video images likewise claiming they are attorney work product.

C.  **PLAINTIFF'S RESPONSES TO DEFENDANT'S INTERROGATORIES NO. 9, 15, 17, 21, 22, 31, 32 and 42**

Plaintiff believes that her answers to these Interrogatories are legally sufficient.

**WHEREFORE**, Plaintiff, Heidi Vascek, individually and as Administratrix of the Estate of John Vascek, respectfully requests that this Court deny Defendants' Motion to Compel Plaintiff's Responses to Interrogatories and Request for Production of Documents and Things [First Set].

Respectfully submitted,

**RICHARD R. WIER, JR., P.A.**

   /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
Dscialpi@wierlaw.com

Of Counsel:
Michael T. van der Veen
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR.,<br>        Plaintiffs,<br><br>vs.<br><br><br>UNITED PARCEL SERVICE, INC. and MARK BARD,<br>        Defendants. | :<br>:<br>:<br>:<br>: C.A. No. 04-1538 SLR<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

    I, Daniel W. Scialpi, certify that on this 17th day of October, 2005, that I caused to be electronically filed Plaintiff's Answering Brief in Opposition to Defendant's Motion to Compel Plaintiff's Response to Interrogatories and Request for Production of Documents and Things [First Set] with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

        William J. Catie, III, Esquire
        Rawle & Henderson
        300 Delaware Avenue, Suite 1015
        PO Box 588
        Wilmington, DE  19899
        Attorney for Defendants

        Jayne A. Risk, Esquire
        One Liberty Place
        1650 Market Street, Suite 4900
        Philadelphia, PA  19103
        *Via Regular Mail*

        **RICHARD R. WIER, JR., P.A.**

          /s/ Daniel W. Scialpi
        Richard R. Wier, Jr. (#716)
        Daniel W. Scialpi (#4146)
        1220 Market St., Suite 600
        Wilmington, DE 19801
        (302)888-3222
        Dscialpi@wierlaw.com

Of Counsel:

Michael T. van der Veen
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053