## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HEIDI VASCEK, individually and as** | : | |
| **Administratrix of THE ESTATE OF** | : | |
| **JOHN VASCEK, JR.,** | : | |
| | : | |
| **Plaintiffs,** | : | **C.A. No. 04-1538-SLR** |
| | : | |
| **v.** | : | **JURY TRIAL DEMANDED** |
| | : | |
| **UNITED PARCEL SERVICE, INC. and** | : | |
| **MARK BARD,** | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF ORAL DEPOSITION

TO:

Richard R. Wier, Jr., P. A.  Michael T. van der Veen, Esq.
1220 Market Street, Suite 600  Kats, Jamison, van der Veen & Associates
Wilmington, DE 19801  25 Bustleton Pike
 Feasterville, PA 19053

     **PLEASE TAKE NOTICE** that oral deposition of Sergeant Matthew E. Cox will be

scheduled to occur on Friday, October 28, 2005 at 1:00 p.m. at the law office of Rawle &

Henderson, LLP, 300 Delaware Avenue, Suite 1015, Wilmington, Delaware 19801.

                                             **RAWLE & HENDERSON, LLP**


                                           /s/ William J. Cattie, III
                                           William J. Cattie, III Esquire (#953)
                                           Rawle & Henderson
OF COUNSEL:                       300 Delaware Avenue, Suite 1015
O. Daniel Ansa, Esquire             Wilmington, DE 19899
Jayne Anderson Risk, Esquire       Tel: (302) 778-1200
DLA Piper Rudnick Gray Cary US LLP
1650 Market Street, 49th Floor
Philadelphia, PA 19103

1092536 v.1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **HEIDI VASCEK, individually and as** | : | |
| **Administratrix of THE ESTATE OF** | : | |
| **JOHN VASCEK, JR.,** | : | |
| | : | |
| **Plaintiffs,** | : | **C.A. No. 04-1538-SLR** |
| | : | |
| **v.** | : | **JURY TRIAL DEMANDED** |
| | : | |
| **UNITED PARCEL SERVICE, INC. and** | : | |
| **MARK BARD,** | : | |
| | : | |
| **Defendants.** | : | |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on October 17, 2005, I have caused to

be sent via U. S. Mail and/or Hand Delivery two copies of the **NOTICE OF ORAL**

**DEPOSITION** to the following individual(s):

Richard R. Wier, Jr., P. A.                    Michael T. van der Veen, Esq.
1220 Market Street, Suite 600            Kats, Jamison, van der Veen & Associates
Wilmington, DE 19801                       25 Bustleton Pike
                                                         Feasterville, PA 19053


**RAWLE & HENDERSON** LLP


/s/ William J. Cattie, III
William J. Cattie, III, Esq.
I. D. No. 953
300 Delaware Avenue
P. O. Box 588
Wilmington, DE 19899-0588
Attorney for Defendants