IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR.,<br>　　　　Plaintiffs,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC. and MARK BARD,<br>　　　　Defendants. | :<br>:<br>:<br>:<br>:  C.A. No. 04-1538<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATION OF GOOD FAITH PURSUANT TO FED. R. CIV. P. 26(C) AND LOCAL RULE 7.1.1

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 7.1.1, counsel for defendant UPS, Inc. states that a good faith effort was made to resolve the present discovery dispute.

　　　　　　　　　　　　　　　　　　RAWLE & HENDERSON LLP

Dated: October 18, 2005

　　　　　　　　　　　　　　　　　　/s/ William J. Cattie, III
　　　　　　　　　　　　　　　　　　William J. Cattie, III, Esq. - ID #953
　　　　　　　　　　　　　　　　　　300 Delaware Avenue, Suite 1015
　　　　　　　　　　　　　　　　　　P. O. Box 588
　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-0588
　　　　　　　　　　　　　　　　　　Attorney for Defendants