## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR.,** | : | |
| Plaintiffs, | : | |
| | : | **C.A. No. 04-1538** |
| | : | |
| vs. | : | |
| | : | |
| **UNITED PARCEL SERVICE, INC. and MARK BARD,** | : | |
| Defendants. | : | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon

consideration of defendants' Motion to Quash plaintiff's subpoena directed to Delaware

Technical & Community College, and any opposition thereto, it is hereby **ORDERED** that said

Motion is **GRANTED**.  Plaintiff's subpoena directed to Delaware Technical & Community

College is hereby **QUASHED**.

_____
Honorable Sue L. Robinson,
United States District Judge