IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as administratrix of THE ESTATE OF JOHN VASCEK, JR., :<br><br>Plaintiffs, :<br><br>v. :<br><br>UNITED PARCEL SERVICES, INC., a Delaware corporation, and MARK BARD, :<br><br>Defendants. : | C.A. No.: 04-1538 SLR<br><br>JURY TRIAL DEMANDED |

## RE-NOTICE OF DEPOSITION

To:   William J. Cattie, III, Esq.
      Rawle & Henderson LLP
      300 Delaware Avenue, Suite 1015
      P.O. Box 588
      Wilmington, DE 19899

      Jayne A. Risk, Esq.
      DLA Piper Rudnick Gray Cary
      One Liberty Place
      1650 Market St., Suite 4900
      Philadelphia, PA 19103

PLEASE TAKE NOTICE that Plaintiffs will take the following depositions, at the time and date indicated, before a notary public or other person authorized to administer oaths. The deposition will take place at the Law Offices of Richard R. Wier, Jr., 1220 Market St., Suite 600, Wilmington, Delaware 19801 and will be recorded stenographically.

**WITNESS**                    **DATE & TIME**
Michael Long                   October 28, 2005; 9 a.m.

**RICHARD R. WIER, JR., P.A.**

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
DScialpi@wierlaw.com

## CERTIFICATE OF SERVICE

I certify that on this 19th day of October 2005 that I electronically filed the attache notice with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

    William J. Cattie, III, Esq.
    Rawle & Henderson LLP
    300 Delaware Avenue, Suite 1015
    P.O. Box 588
    Wilmington, DE 19899

and that I served said documents by first class mail upon the following:

    Jayne A. Risk, Esq.
    DLA Piper Rudnick Gray Cary
    One Liberty Place
    1650 Market St., Suite 4900
    Philadelphia, PA 19103

                             **RICHARD R. WIER, JR., P.A.**

                             /s/ Daniel W. Scialpi
                             Richard R. Wier, Jr. (#716)
                             Daniel W. Scialpi (#4146)
                             1220 Market St., Suite 600
                             Wilmington, DE 19801
                             (302)888-3222
                             DScialpi@wierlaw.com