IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR.,           Plaintiffs, vs. UNITED PARCEL SERVICE, INC. and MARK BARD,           Defendants. | : : : : : : : : : : : : :    C.A. No. 04-1538 SLR |

**PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL DOCUMENTS PERTAINING TO PLAINTIFF'S <u>INTERVIEW OF WITNESS AMY STRATTON</u>**

Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
RICHARD R. WIER, JR., P.A.
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222

Michael T. van der Veen
Anthony Bocchino
KATS, JAMISON VAN DER VEEN
& ASSOCIATES
25 Bustleton Pike
Festerville, PA 19053

October 24, 2005

I.  **Introduction**

Plaintiff incorporates the Introduction and Statement of Facts contained in Plaintiff's Response to Defendant Mark Bard and UPS's other motions and responses in this case.

II. **Argument**

Prior to the depositions of Amy Stratton, Plaintiff's counsel and Plaintiff's expert met with witness Amy Stratton.

No statements, notes or memoranda were generated as a result of the meeting.

Furthermore it has been discovered, though not disclosed, that Defendant's attorney meet with Ms. Stratton. The Defendant's attorney has not produced any of the documents which she seeks from Plaintiff.

Wherefore, Plaintiff, Heidi Vascek, individually and as Administratrix of the Estate of John Vascek, respectfully requests that this Court deny Defendant's Motion to Compel Documents Pertaining to Plaintiffs' Interview of Witness Amy Stratton and to enter an Order to Compel Defendant to Produce Documents Pertaining to Defendant's interview of Ms. Stratton.

Respectfully submitted,
RICHARD R. WIER, JR., P.A.

_/s/ Daniel W. Scialpi_
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
dscialpi@wierlaw.com

Michael T. van der Veen
Anthony Bocchino

KATS, JAMISON VAN DER VEEN
& ASSOCIATES
25 Bustleton Pike
Festerville, PA 19053

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR.,** : <br>         **Plaintiffs,** : <br> : <br> **vs.** : <br> : <br> : <br> **UNITED PARCEL SERVICE, INC. and MARK BARD,** : <br>         **Defendants.** : | C.A. No. 04-1538 SLR |

## CERTIFICATE OF SERVICE

I certify that on this 24th day of October 2005, I caused to be electronically filed the attached Plaintiff's Brief in Opposition to Defendant's Motion to Compel Documents Pertaining to Plaintiff's Interview of Witness Amy Stratton with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

William J. Cattie, III, Esquire
Rawle and Henderson
300 Delaware Avenue, Suite 1015
Wilmington, DE 19899
Attorney for Defendants

Jane A. Risk, Esquire
One Liberty Place
1615 Market Street, Suite 4900
Philadelphia, PA 19103
Via Regular Mail

                      RICHARD R. WIER, JR., P.A.

                      ___/s/ Daniel W. Scialpi____
                      Richard R. Wier, Jr. (#716)
                      Daniel W. Scialpi (#4146)
                      1220 Market St., Suite 600
                      Wilmington, DE 19801

(302)888-3222
dscialpi@wierlaw.com

Michael T. van der Veen
Anthony Bocchino
KATS, JAMISON VAN DER VEEN
& ASSOCIATES
25 Bustleton Pike
Festerville, PA 19053