IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEIDI VASCEK, individually and as administratrix of THE ESTATE OF JOHN VASCEK, JR., | : : : : | |
| Plaintiffs, | : : | |
| v. | : : | C.A. No.: 04-1538 SLR |
| UNITED PARCEL SERVICES, INC., a Delaware corporation, and MARK BARD, | : : : | JURY TRIAL DEMANDED |
| Defendants. | : | |

## NOTICE OF VACATION OF SUBPOENA

To:   William J. Cattie, III, Esq.
       Rawle & Henderson LLP
       300 Delaware Avenue, Suite 1015
       P.O. Box 588
       Wilmington, DE 19899

       Jayne A. Risk, Esq.
       DLA Piper Rudnick Gray Cary
       One Liberty Place
       1650 Market St., Suite 4900
       Philadelphia, PA 19103

       Brian D. Shirey, Esq.
       Chief Legal Counsel
       Delaware Technical & Community College
       Office of the President
       PO Box 897
       Dover, DE 19903

     PLEASE TAKE NOTICE that Plaintiffs are vacating the subpoena *duces tecum* issued to Delaware Technical & Community College.

**RICHARD R. WIER, JR., P.A.**

/s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
DScialpi@Wierlaw.com

Michael T. van der Veen (pro hac admitted)
Anthony Bocchino (pro hac admitted)
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053

## CERTIFICATE OF SERVICE

I certify that on this 28th day of October 2005, I electronically filed the attached Notice of Vacation of Subpoena with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

William J. Catie, Esq.
Rawle & Henderson
300 Delaware Ave., Suite 1015
Wilmington, DE 19899

and that I sent by first class mail a copy to the following:

Jayne A. Risk, Esq.
DLA Piper Rudnick Gray Cary
One Liberty Place
1650 Market St., Suite 4900
Philadelphia, PA 19103

Brian D. Shirey, Esq.
Chief Legal Counsel
Delaware Technical & Community College
Office of the President
PO Box 897
Dover, DE 19903

**RICHARD R. WIER, JR., P.A.**

__/s/ Daniel W. Scialpi_____
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market St., Suite 600
Wilmington, DE 19801
(302)888-3222
Dscialpi@Wierlaw.com

Michael T. van der Veen (pro hac admitted)
Anthony Bocchino (pro hac admitted)
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053