IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br>  Plaintiffs, <br><br> vs. <br><br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br>  Defendants. | : <br> : <br> : <br> : <br> : C.A. No. 04-1538 SLR <br> : <br> : <br> : <br> : <br> : <br> : |

**PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR SUBMISSION OF EXPERT REBUTTAL REPORTS**

Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market Street, Suite 600
Wilmington, DE 19801
(302)888-3222
Dscialpi@wierlaw.com

OF COUNSEL:
Michael T. van der Veen
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053

November 2, 2005

1. In accordance with the Court's Order dated February 23, 2005 and the subsequent Order extending deadlines by sixty (60) days, the deadline for submission of expert reports was October 19, 2005.

2. On October 19, 2005, Plaintiff submitted the report, *inter alia*, of George C. Govatos, Ph.D.

3. On October 19, 2005, Defendants submitted their reports of William M. Otto and Tyler Kress, Ph.D.

4. November 2, 2005 is the deadline for submitting expert rebuttal reports.

5. In order to prepare his rebuttal report, Plaintiff's expert requires the documents considered by Defendants' experts Otto and Kress.

6. On October 26, 2005 *via* fax, Plaintiff requested documents, publications and other materials considered by Otto and Kress in reaching their conclusions.

7. On October 28, 2005, in response to a similar request by Defendant, Plaintiff hand delivered the documents considered by Plaintiff's expert in preparing his report.

8. On November 1, 2005 *via* fax Defendants advised Plaintiff that they would forward the requested materials "as soon as possible". The materials have not been received.

9. Without these materials, Plaintiff's expert is unable to prepare his rebuttal report.

10. The mediation conference is scheduled for November 21, 2005.

11. Accordingly, Plaintiff respectfully requests that the deadline for submission of rebuttal expert reports be extended to November 20, 2005.

                                                    Respectfully submitted,
                                                    RICHARD R. WIER, JR., P.A.

Dated: 11/2/05                        /s/ Daniel W. Scialpi
                                                  Richard R. Wier, Jr. (#716)
                                                  Daniel W. Scialpi (#4146)
                                                  1220 Market Street, Suite 600
                                                  Wilmington, DE 19801
                                                  (302)888-3222
                                                  Dscialpi@wierlaw.com

OF COUNSEL:
Michael T. van der Veen
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR.,<br>            Plaintiffs,<br><br>vs.<br><br><br>UNITED PARCEL SERVICE, INC. and MARK BARD,<br>            Defendants. | :<br>:<br>:<br>:<br>:   C.A. No. 04-1538 SLR<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Daniel W. Scialpi., Esquire, certify that on this 2nd day of November, 2005, that I caused to be electronically filed the attached with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Catie, III, Esquire
> Rawle & Henderson
> 300 Delaware Avenue, Suite 1015
> PO Box 588
> Wilmington, DE  19899
> Attorney for Defendants
>
> Jayne A. Risk, Esquire
> One Liberty Place
> 1650 Market Street, Suite 4900
> Philadelphia, PA  19103
> *Via Regular Mail*

**RICHARD R. WIER, JR., P.A.**

     /s/ Daniel W. Scialpi
Richard R. Wier, Jr. (#716)
Daniel W. Scialpi (#4146)
1220 Market Street, Suite 600
Wilmington, Delaware 19801
(302)888-3222
Dscialpi@wierlaw.com
