IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR.,<br>　　　　　Plaintiffs,<br><br>vs.<br><br><br>UNITED PARCEL SERVICE, INC. and MARK BARD,<br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:　C.A. No. 04-1538 SLR<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

Upon presentation and consideration of Plaintitff's Motion to Extend Deadline for Submission of Expert Rebuttal Reports, and any opposition thereto

IT IS ORDERED this _____ day of _____, 2005 that:

1. Plaintiff's Motion is granted;

2. The deadline for submission of rebuttal expert reports is extended to November 20, 2005.

　　　　　　　　　　　　　　　　_____