IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br>                Plaintiffs, <br><br> vs. <br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br>                Defendants. | : <br> : <br> : <br> : <br> :     C.A. No. 04-1538 SLR <br> : <br> : <br> : <br> : <br> : <br> : |

**PLAINTIFF'S BRIEF IN SUPPORT OF
PLAINTIFF'S MOTION TO EXTEND THE DEADLINE
FOR SUBMISSION OF EXPERT REBUTTAL REPORTS**

**I.    INTRODUCTION**

Plaintiff incorporates the Introduction and Statement of Facts contained in Plaintiff's Response to Defendants, United Parcel Service's and Mark Bard's Motion for Protective Order and Plaintiff's Omnibus Motion and other Motions and Responses in this case.

**II.   ARGUMENT**

On October 19, 2005 Plaintiff and Defendant exchanged expert reports. Plaintiff submitted the report of George Govatos, Ph.D. Defendants submitted the reports of William M. Otto and Tyler Kress, Ph.D. In their reports, Otto and Kress relied on numerous documents, publications and other materials in reaching their conclusions. In order to prepare a rebuttal report, Plaintiff's expert requires the documents considered by Defendants' experts. On October 26, 2005 *via* fax Plaintiff requested the documents, publications and other materials considered by Defendants' experts. On October 28, 2005 in response to a similar request by Defendants, Plaintiff hand delivered the

documents considered by Plaintiff's expert Govatos in preparing his report. On November 1, 2005 Defendant advised Plaintiff that they are still gathering materials relied upon by Defendants' experts and would forward the materials "as soon as possible." The materials have not been received. Absent these materials, Plaintiff's expert cannot prepare a rebuttal report. Plaintiff is therefore prejudiced.

The mediation conference is scheduled for November 21, 2005. Accordingly, Plaintiff respectfully requests that the deadline for submission of rebuttal expert reports be extended to November 20, 2005.

                                        Respectfully submitted,
                                        RICHARD R. WIER, JR., P.A.

Dated: 11/2/05                           /s/ Daniel W. Scialpi
                                        Richard R. Wier, Jr. (#716)
                                        Daniel W. Scialpi (#4146)
                                        1220 Market Street, Suite 600
                                        Wilmington, DE 19801
                                        (302)888-3222
                                        Dscialpi@wierlaw.com

OF COUNSEL:
Michael T. van der Veen
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR.,<br>　　　　　Plaintiffs,<br><br>vs.<br><br><br>UNITED PARCEL SERVICE, INC. and MARK BARD,<br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:　C.A. No. 04-1538 SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

　　I, Daniel W. Scialpi., Esquire, certify that on this 2nd day of November, 2005, that I caused to be electronically filed the attached with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

　　　　　William J. Catie, III, Esquire
　　　　　Rawle & Henderson
　　　　　300 Delaware Avenue, Suite 1015
　　　　　PO Box 588
　　　　　Wilmington, DE  19899
　　　　　Attorney for Defendants

　　　　　Jayne A. Risk, Esquire
　　　　　One Liberty Place
　　　　　1650 Market Street, Suite 4900
　　　　　Philadelphia, PA  19103
　　　　　*Via Regular Mail*

　　　　　　　　　　　RICHARD R. WIER, JR., P.A.


　　　　　　　　　　　　/s/ Daniel W. Scialpi
　　　　　　　　　　　Richard R. Wier, Jr. (#716)
　　　　　　　　　　　Daniel W. Scialpi (#4146)
　　　　　　　　　　　1220 Market Street, Suite 600
　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　(302)888-3222
　　　　　　　　　　　Dscialpi@wierlaw.com