IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR.,<br>   Plaintiffs,<br><br>vs.<br><br><br>UNITED PARCEL SERVICE, INC. and MARK BARD,<br>   Defendants. | :<br>:<br>:<br>:<br>: C.A. No. 04-1538 SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## RULE 7.1.1 DISCLOSURE

I certify co-counsel has advised me that a good faith basis to resolve the issue raised in the attached motion has been made.

          RICHARD R. WIER, JR., P.A.

          _____/s/ Daniel W. Scialpi_____
          Richard R. Wier, Jr. (#716)
          Daniel W. Scialpi (#4146)
          1220 Market Street, Suite 600
          Wilmington, Delaware 19801
          (302)888-3222
          Dscialpi@wierlaw.com