IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR.,<br>          Plaintiffs,<br><br>vs.<br><br><br>UNITED PARCEL SERVICE, INC. and MARK BARD,<br>          Defendants. | :<br>:<br>:<br>:<br>:  C.A. No. 04-1538 SLR<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

Upon presentation and consideration of Plaintiff's Motion to Compel Documents, Publications, and Other Materials Relied upon by Defendants' Experts

IT IS ORDERED this _____ day of _____ that Plaintiff's Motion is Granted.

_____