IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR.,<br>　　　　　Plaintiffs,<br><br>vs.<br><br><br>UNITED PARCEL SERVICE, INC. and MARK BARD,<br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>: 　C.A. No. 04-1538 SLR<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**PLAINTIFF'S BRIEF IN SUPPORT OF
PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF
DOCUMENTS, PUBLICATIONS AND OTHER MATERIALS
RELIED UPON BY DEFENDANTS' EXPERTS**

**I.　INTRODUCTION**

Plaintiff incorporates the Introduction and Statement of Facts contained in Plaintiff's Response to Defendants, United Parcel Service's and Mark Bard's Motion for Protective Order and Plaintiff's Omnibus Motion and other Motions and Responses in this case.

**II.　ARGUMENT**

Pursuant to Federal Rule of Civil Procedure 26(2)(B), the Defendants are required to disclose a written report prepared and signed by the expert. "The report shall contain a complete statement of all opinions to be expressed and the basis and reasons therefore; the date or other information entered by the witness in forming the opinion; **any exhibits to be used as a summary of or support for the opinion;** qualifications of the witnesses, including the list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other

cases in which the witness has testified as an expert at trial or by deposition within the preceding four years.

On October 19, 2005 Plaintiff and Defendant exchanged expert reports. Plaintiff submitted the report of George Govatos, Ph.D. Defendants submitted the reports of William M. Otto and Tyler Kress, Ph.D. In their reports, Otto and Kress relied on numerous documents, publications and other materials in reaching their conclusions. In order to prepare a rebuttal report, Plaintiff's expert requires the documents, photographs and materials considered by Defendants' experts which are set forth in paragraph 10 A-O in Plaintiff's instant motion.. On October 26, 2005 *via* fax Plaintiff requested the documents, publications and other materials considered by Defendants' experts. On October 28, 2005 in response to a similar request by Defendants, Plaintiff hand delivered the documents considered by Plaintiff's expert Govatos in preparing his report. On November 1, 2005 Defendant advised Plaintiff that they are still gathering materials relied upon by Defendants' experts and would forward the materials "as soon as possible." The materials have not been received. Absent these materials, Plaintiff's expert cannot prepare a rebuttal report. Plaintiff is therefore prejudiced. Defendant is in violation of the requirements of Rule 26.

Accordingly, Plaintiff respectfully requests that the Court enter an Order to compel documents, publications and other materials relied upon by Defendants' experts.

          Respectfully submitted,
          RICHARD R. WIER, JR., P.A.

Dated: 11/10/05          _____/s/ Daniel W. Scialpi_____
          Richard R. Wier, Jr. (#716)
          Daniel W. Scialpi (#4146)
          1220 Market Street, Suite 600

                                                                             Wilmington, DE  19801  
                                                                             (302)888-3222  
                                                                             Dscialpi@wierlaw.com

OF COUNSEL:  
Michael T. van der Veen  
Kats, Jamison, van der Veen & Associates  
25 Bustleton Pike  
Feasterville, PA  19053

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HEIDI VASCEK, individually and as Administratrix of the ESTATE OF JOHN VASCEK, JR., <br>      Plaintiffs, <br><br> vs. <br><br><br> UNITED PARCEL SERVICE, INC. and MARK BARD, <br>      Defendants. | : <br> : <br> : <br> : <br> : C.A. No. 04-1538 SLR <br> : <br> : <br> : <br> : <br> : <br> : |

## CERTIFICATE OF SERVICE

  I certify that on this 10th day of November, 2005, that I caused to be electronically filed the Plaintiff's Motion to Compel Documents, Publications and Other Materials Relied upon by Defendants' Experts with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

    William J. Catie, III, Esquire
    Rawle & Henderson
    300 Delaware Avenue, Suite 1015
    PO Box 588
    Wilmington, DE 19899
    Attorney for Defendants

    Jayne A. Risk, Esquire
    One Liberty Place
    1650 Market Street, Suite 4900
    Philadelphia, PA 19103
    *Via Regular Mail*

          **RICHARD R. WIER, JR., P.A.**

           /s/ Daniel W. Scialpi
          Richard R. Wier, Jr. (#716)
          Daniel W. Scialpi (#4146)
          1220 Market Street, Suite 600
          Wilmington, Delaware 19801
          (302)888-3222
          Dscialpi@wierlaw.com