## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEIDI VASCEK, individually and as | : | |
| Administratrix of the ESTATE OF | : | |
| JOHN VASCEK, JR., | : | |
| Plaintiffs, | : | |
| | : | C.A. No. 04-1538 |
| | : | |
| vs. | : | |
| | : | |
| UNITED PARCEL SERVICE, INC. and | : | |
| MARK BARD, | : | |
| Defendants. | : | |

## DEFENDANTS' BRIEF IN OPPOSITION TO
## PLAINTIFF'S MOTION TO COMPEL THE PRODUCTION OF
## DOCUMENTS, PUBLICATIONS AND OTHER MATERIALS
## RELIED UPON BY DEFENDANTS' EXPERTS

### I.    INTRODUCTION

This action arises from an accident that occurred on October 26, 2004, in which a motorcycle operated by plaintiff's decedent, John Vascek, Jr., impacted a UPS package car operated by UPS employee Mark Bard at the intersection of Montchanin and Twaddle Mill Roads in Greenville, Delaware. Mr. Vascek was fatally injured in the collision. On December 22, 2004, plaintiff instituted a negligence action against Mr. Bard and UPS.

### II.    ARGUMENT

On November 10, 2005 plaintiff filed the instant Motion to Compel the Production of Documents, Publications and Other Materials Relied Upon by Defendants' Experts. The defendants' experts referenced in plaintiff's motion are Tyler Kress, Ph.D. and William Otto.

Plaintiff's Motion is moot because all the requested materials have been produced. On November 14, 2005 defendants forwarded to the plaintiff all materials relied upon by Tyler Kress were produced. On November 17, 2005 defendants forwarded to the plaintiff all materials relied upon by William Otto. Therefore, Plaintiff's Motion should be denied as moot.

## III.    CONCLUSION

For the foregoing reasons, defendants request that this Court deny plaintiff's Motion to Compel the Production of Documents, Publications and Other Materials Relied upon by Defendants' Experts, and grant such other relief as this Court deems appropriate.

Respectfully submitted,

**RAWLE & HENDERSON LLP**

/s/  William J. Cattie, III
William J. Cattie, III, Esquire (#953)
Attorneys for Defendants
300 Delaware Avenue - Suite 1015
Wilmington, DE 19899
Telephone: (302) 778-1200

**DLA PIPER RUDNICK GRAY CARY US LLP**
O. Daniel Ansa (*admitted pro hac vice*)
Jayne A. Risk (*admitted pro hac vice*)
Attorneys for Defendants,
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA  19103
Telephone: (215) 656-3328

Dated: November 17, 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **HEIDI VASCEK, individually and as** | : | |
| **Administratrix of the ESTATE OF** | : | |
| **JOHN VASCEK, JR.,** | : | |
| **Plaintiffs,** | : | |
| | : | **C.A. No. 04-1538** |
| | : | |
| **vs.** | : | |
| | : | |
| **UNITED PARCEL SERVICE, INC. and** | : | |
| **MARK BARD,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this _____ day of _____, 2005, upon consideration of

Plaintiff's Motion to Compel the Production of Documents, Publications and other Materials

Relied Upon by Defendants' Experts, and Defendants' opposition thereto, it is hereby

**ORDERED** that said Motion is **DENIED**.


_____
The Honorable Sue L. Robinson,
United States District Judge

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HEIDI VASCEK, individually and as** : <br> **Administratrix of the ESTATE OF** : <br> **JOHN VASCEK, JR.,** : <br>          **Plaintiffs,** : <br> : <br>          **vs.** : <br> : <br> **UNITED PARCEL SERVICE, INC. and** : <br> **MARK BARD,** : <br>          **Defendants.** : | **C.A. No. 04-1538** |

## CERTIFICATE OF SERVICE

I, William J. Cattie, Esquire do hereby certify that on November 17, 2005, I have caused

to be sent via U.S. Mail, First Class, a copy of the foregoing **Defendants' Brief in Opposition**

**to Plaintiff's Motion to Compel the Production of Documents, Publications and Other**

**Materials Relied Upon by Defendants' Experts** to the following individuals:

Richard R. Wier, Jr., P.A.
1220 Market Street, Suite 600
Wilmington, DE 19801

Michael T. van der Veen, Esquire
Kats, Jamison, van der Veen & Associates
25 Bustleton Pike
Feasterville, PA 19053

### RAWLE & HENDERSON LLP

           /s/ William J. Cattie, III
William J. Cattie, III, Esquire (#953)
Attorneys for Defendants
300 Delaware Avenue - Suite 1015
Wilmington, DE 19899
Telephone:    (302) 778-1200