IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR.,** : | |
| : | |
| Plaintiffs, : | C.A. No. 04-1538-SLR |
| : | |
| v. : | JURY TRIAL DEMANDED |
| : | |
| **UNITED PARCEL SERVICE, INC. and MARK BARD,** : | |
| : | |
| Defendants. : | |

## CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on November 18, 2005, I have E-Filed through LEXIS NEXIS **CERTIFICATE OF SERVICE FOR DEFENDANT'S, UPS, SUPPLEMENTAL RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS – THIRD SET** to following individual(s):

Richard R. Wier, Jr., P. A.  
1220 Market Street, Suite 600  
Wilmington, DE 19801

Michael T. van der Veen, Esq.  
Kats, Jamison, van der Veen & Associates  
25 Bustleton Pike  
Feasterville, PA 19053

**RAWLE & HENDERSON** LLP

/s/ William J. Cattie, III  
William J. Cattie, III, Esq., I. D. No. 953  
300 Delaware Avenue  
P. O. Box 588  
Wilmington, DE 19899-0588  
Attorney for Defendants

**OF COUNSEL:**
**DLA PIPER RUDNICK GRAY CARY US LLP**
O. Daniel Ansa (*admitted pro hac vice*)
Jayne A. Risk (*admitted pro hac vice*)
Attorneys for Defendants
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA  19103
Telephone: (215) 656-3328