**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HEIDI VASCEK, individually and as administratrix of THE ESTATE OF JOHN VASCEK, JR., | : : : : |
| Plaintiffs, | : : |
| v. | :   Civil Action No. 04-1538-SLR |
| | : |
| UNITED PARCEL SERVICES, INC., a Delaware corporation, and MARK BARD, | : : : |
| Defendants. | : |

## ORDER

At Wilmington this **21st** day of **November 2005**,

IT IS ORDERED that a continued mediation conference has been scheduled for **Wednesday, November 30, 2005** beginning at **10:30 a.m. Plaintiff must attend the mediation in person.** There shall be no further submissions of the parties. **Casual dress for the mediation.** All other provisions of the Court's June 7, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE