IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR.,** | : : : : | |
| Plaintiffs, | : : | C.A. No. 04-1538-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| **UNITED PARCEL SERVICE, INC. and MARK BARD,** | : : : | |
| Defendants. | : | |

### CERTIFICATE OF SERVICE

I, William J. Cattie, III, Esq. do hereby certify that on November 28, 2005, I have E-Filed

through LEXIS NEXIS **CERTIFICATE OF SERVICE FOR DEFENDANT'S, UPS,**

**SECOND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' REQUEST FOR**

**PRODUCTION OF DOCUMENTS (THIRD SET)** to following individual(s):

Richard R. Wier, Jr., P. A.  
1220 Market Street, Suite 600  
Wilmington, DE 19801

Michael T. van der Veen, Esq.  
Kats, Jamison, van der Veen & Associates  
25 Bustleton Pike  
Feasterville, PA 19053

 

**RAWLE & HENDERSON LLP**

/s/ William J. Cattie, III  
William J. Cattie, III, Esq., I. D. No. 953  
300 Delaware Avenue  
P. O. Box 588  
Wilmington, DE 19899-0588  
Attorney for Defendants

**OF COUNSEL:**
**DLA PIPER RUDNICK GRAY CARY US LLP**
O. Daniel Ansa (*admitted pro hac vice*)
Jayne A. Risk (*admitted pro hac vice*)
Attorneys for Defendants
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA  19103
Telephone: (215) 656-3328