## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HEIDI VASCEK, individually and as Administratrix of THE ESTATE OF JOHN VASCEK, JR., | : | |
| Plaintiffs, | : | C.A. No. 04-1538 |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| UNITED PARCEL SERVICE, INC. and MARK BARD, | : | HONORABLE SUE L. ROBINSON |
| | : | |
| Defendants. | : | |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure Rule 41 regarding dismissal of actions, plaintiff, Heidi Vascek, individually and as Administratrix of the Estate of John Vascek, Jr., and defendants, United Parcel Service, Inc. and Mark Bard, by and through their counsel hereby agree and stipulate that the above-captioned matter has been settled and that this instant action is dismissed with prejudice.

RICHARD R. WIER, JR., P.A.

BY: _____
Richard R. Wier, Jr. (#716)
1220 Market Street
Suite 600
Wilmington, DE   19801
Telephone:   302-888-3222

KATS, JAMISON, VAN DER VEEN & ASSOCIATES

BY: _____
Michael T. van der Veen
25 Bustleton Pike
Feasterville, PA   19053
Telephone:      215-396-9001 ext 323

RAWLE & HENDERSON

BY: _____
William J. Cattie
300 Delaware Avenue
Suite 1015
Wilmington, DE   19899
Telephone:   (302) 778-1200

DLA PIPER RUDNICK GARY CARY US

BY: _____
Jayne A. Risk
One Liberty Place
1650 Market Street, Suite 4900
Philadelphia, PA   19103
Telephone: 215-656-3328